CIVIL RE: 1:00

U.S.P. FLORENCE C.O. 81226- 1-5-2001

FILED
SCRANTON
JAN 16 2001
PER ___ KM
DEPUTY CLERK

ONORABLE JUDGE
YVETTE KANE

CONTODO RESPETO ME DIRIJO A USTE
PARA INFORMARLE QUE ESTA EN UN
ERROR AYER 1-4-1 RESIVI SU DESI
DE VOTAR MI DEMANDA POR QUE PASAR
LOS 30 DIAS QUE SU ONORABLE CORTE
PARA YO PONER LAS NUEVAS MOCIONES PO
FAVOR YO LAS ENVIE CON TIEMPO C
Y TENGO LOS RESIVOS DEL CERTIFICADO
COREO Y EL RETORNO RESIVO Y ALLA EN
CORTE FEDERAL U.S. DISTRICT COUT 235 N.
WASHINGTON AVE. P.O. BOX 1148 SCRANTON,
POR FAVOR YO NO TENGO CULPA QUE EL
O SEÑORA CLERK OFFICE NO LA ALLA MANDA
A LA CORTE DEL DISTRICT COUT 228 WALNUT
P.O. BOX 983 HARRISBURG P.A. 17108 YO NO
TENIA TODAVIA ESA DIRECCION AILE ENVIO
COPIA DE LOS RESIVOS DEL COREO FEDE
YO ENVIE NOBIEMBRE 7. Y RESEVI EL RETORNO R
NOBIEMBRE 13. POR FAVOR NO ES MIO EL E
SI NO DEL CLERK OFFICE DE A OTRA CORTE.
POR FAVOR ESPERO SU AMABLE RESPUESTA
ATENTAMENTE.

M. RAMOS 37563-053

