See Attachment

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MANUEL RAMOS** | CIVIL ACTION NO. 1:CV-00-1957 |
| Plaintiff | (Judge Kane) |
| | (Magistrate Judge Smyser) |
| v. | |
| **MARGARET HARDEN** | FILED |
| | HARRISBURG, PA |
| Defendants | JAN 2 5 2001 |
| | MARY E. D'ANDREA, CLERK |
| | Per _____ Deputy Clerk |

## ORDER

Before the court in the captioned action is a December 21, 2000 report of the magistrate judge recommending that the complaint be dismissed pursuant to 28 U.S.C. §1915A and 42 U.S.C. §1997e for failure to state a claim upon which relief may be granted. No timely objections have been filed.

Accordingly, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The court adopts the report and recommendation of Magistrate Judge Smyser.

2) The Complaint is Dismissed pursuant to 28 U.S.C. §1915A and 42 U.S.C. §1997e for failure to state a claim upon which relief may be granted.

3) The Clerk of Court shall close the file.

_____
YVETTE KANE
United States District Judge

Dated: January 25th, 2001.

Certified from the record
Date 1-25-01
Mary E. D'Andrea, Clerk
Per _____
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

January 25, 2001

Re:   1:00-cv-01957   Ramos v. Hawk-Sawyer

True and correct copies of the attached were mailed by the clerk to the following:

```
Manuel Ramos
USP-FL
U.S. Penitentiary Florence
R37563-053
P.O. Box 7000
Florence, CO  81226
```

```
cc:
Judge                         (✓)
Magistrate Judge              (✓)
U.S. Marshal                  ( )
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 (✓)
Federal Public Defender       ( )
Summons Issued                ( )  with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )

Standard Order 93-5           ( )
Order to Show Cause           ( )  with Petition attached & mailed certified mail
                                   to: US Atty Gen   ( )   PA Atty Gen ( )
                                       DA of County  ( )   Respondents ( )

Bankruptcy Court              ( )
Other _____ ( )
```

MARY E. D'ANDREA, Clerk

DATE: 1-25-01                                    BY: _____
                                                       Deputy Clerk