INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
DIVISIONAL OFFICE IN HARRISBURG, PENNSYLVANIA

**MANUEL RAMOS**
    Plaintiff/Appellant

Dist. Ct. Docket # 1:00-CV-1957

(Judge Yvette Kane)

v.

Ct. of Appeals Docket #____

**MARGARET HARDEN**
    Defendant/Appellee

NOTICE OF APPEAL FILED 2/15/01    COURT REPORTERS: No

FILING FEE:
| | | | |
|---|---|---|---|
| Notice of Appeal | ___ Paid | _X_ Not Paid | ___ Seaman |
| Docket Fee | ___ Paid | _X_ Not Paid | ___ US or Govt. |

CJA Appointment: (Attach copy of order) N/A
___Private Attorney
___Defender Association or Federal Public Defender
___Motion Pending

Leave to proceed In Forma Pauperis status, if applicable (attach copy of order)
___Motion Granted In First Instance
___Denied
___Motion pending before district judge

Certificate of probable cause (state habeas corpus) (attach copy of order) N/A
___Granted
___Denied
___Pending

MOTIONS CURRENTLY PENDING : No

COPIES TO:
Judge Yvette Kane
United States Attorney

Manuel Ramos, Plaintiff
File Copy

FILED
HARRISBURG
FEB 26 2001
MARY E. D'ANDREA, CLERK
Per_____
Deputy Clerk

DATED: February 16, 2001

Shawna L. Cihak
Deputy Clerk

Please return the enclosed copy of this letter as your acknowledgment of receipt.