(13 pm
4/9/01

```
Fri Apr  6 12:06:13 2001

UNITED STATES DISTRICT COURT

    SCRANTON    , PA

Receipt No.   111 133635
Cashier       jill

Tender Type  CHECK

Check Number: 07086281

Transaction Type   AR

D0 Code    Div No    Acct
 4667        1       0869PL

Amount            $    105.00

U.S. TREASURY AUSTIN, TX

FILING FEE FOR APPEAL IN 1:CV-00-195
7
```

1:CV-00-1957

FILED
HARRISBURG

APR - 6 2001

MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK