IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MANUEL RAMOS,<br>　　　Plaintiff,<br><br>　　v.<br><br>KATHLEEN M. HAWK-SAWYER and<br>MARGARET HARDEN, Warden,<br>FCI Allenwood,<br>　　　Defendants. | CIVIL ACTION NO. 1:CV-00-1957<br>(Judge Kane) |

### ORDER

AND NOW, this 20 day of February, 2002, **IT IS ORDERED THAT** the above-captioned case is reassigned to Magistrate Judge J. Andrew Smyser for preliminary consideration on remand from the Third Circuit.

_____
Yvette Kane
United States District Judge