1+0 Ct

**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
P.O. BOX 827
FEDERAL BUILDING
HARRISBURG, PA 17108-0827

J. ANDREW SMYSER
MAGISTRATE JUDGE

(717) 221-3980
FAX 221-3979

17
3/26/02
SC

March 22, 2002

Manuel Ramos
37563-053
USP-Florence
P.O. Box 7000
Florence, CO 81226

**FILED**
HARRISBURG, PA

MAR 2 5 2002

MARY E. D'ANDREA, CLERK
Per _____
   Deputy Clerk

Re: Ramos v. Harden; 1:CV-00-1957

Mr. Ramos:

    I am in receipt of your letter to me dated March 13, 2002. Your letter is in Spanish. We lack the capacity to understand or respond to your letter. Moreover, pursuant to Rule 7(b) of the Federal Rules of Civil Procedure an application to the court for an order must be made by a written motion. Your letter does not comply with the Federal Rules, and no action will be taken on your letter.

Sincerely,

J. Andrew Smyser
Magistrate Judge

FILED
HARRISBURG, PA
MAR 2 5 2002
MARY E. D'ANDREA, CLERK
Per: _____ Deputy Clerk

00CV-1957

FLORENCE, C.O. 81226.

SEÑOR MAJISTRADO. JUDGE J. ANDREW SMYSE
YO SOY ANTONIO JAIMES AYALA. A.K.A. MANUEL RAMOS —
EL BIURO DE PRICIONES FEDERALES ME OBLIGA A USAR
EL NOMBRE DE RAMOS. YO TENGO 79 AÑOS
NO ABLO NI LEO INGLES. TENGO 1 AÑO DE PRIMARIA
EN ESPAÑOL. O SEA SOY PRATICAMENTE ANALFAVETA.
NO ME ESTOY ESCONDIENDO DE NADIE NI CON NADIE
PERO ABLO LA VERDA. ANTE TODO. Y DUELA LE
AL QUE LE DUELA SEÑORIA. LO QUE DE BUSTE. SE
Y DE LA JUESA. YVETTE KANE. ES LO QUE ME AN
LEIDO. DE SUS DECICIONES. LAO ULTIMA ES QUE
NO PUEDE PONERME UN ABOGADO. BUENO BUSTE SABE
POR QUE LO ACE LO QUE SI LE PIDO EN NOMBRE
DE LA COSTITUCION DE LOS ESTADOS UNIDOS. DE
AMERICA. ES EL RESPETO A MIS DERECHOS SIVILES.
COMO GUALQUIER AMERICANO. YO ESTOY BAJO LA
PROTECION DE LA VANDERA AMERICANA. Y LO REZA
MUY CLARO Y GUALDA DE CONDICIONES PARA TODOS
YO QUIERO UN JUICIO JUSTO CON UN JURA
ESCOJIDO. EN PARTE POR MI. Y UN BUEN INTERPRE
YO BOY CON LA VERDA. Y CON MI MAS GRANDE
PRUEBA. MI MANO. Y UNA OPERACION ES PERIME
REALIZADA POR UN CARNICERO. AMERICADO CON
TITULO DE DOCTOR. Y APOYADO POR ESTE
GOVIERNO. QUE SIN PIEDA ORDENA ESPERI
MENTOS EN SERES UMANOS. MI OPERACION
FUE ESTILO MONO. OPERACION MONQUE —

2

Y NO LE QUEPA DUDA. QUE NO AY NELIJENCIA. MEDICA. CUANDO SE TRATA de ESPERIMENTO. NO AY NELIJENCIA. NO SEÑOR AY UN CRIMEM CRUEL CON TODA LA MALA INTENCIÓN. Y CON ALEVOSIA. Y SUS ATENUANTES. YO SOY COLOMBIANO Y SU — GOVIERNO. NO PUEDE DAR PERMISO PARA UN ESPERIMENTO CONMIGO EL ECHO — QUE ESTE PRIVADO. de MI LIVERTAD. NO LES AUTORISA A USARME COMO CONEJILLO de — INDIAS ES PERO VERLO PRONTO SEÑORIA. Y SI NO ES MUCHO PEDIRLE ORDENE MI TRASFER. A UNA PRICION SERCA de HARRISBURG P.A. 17108

ANTONIO JAIMES AYALA
A.K.A. 37463-057
MANU RAMOS

