**SABA, ENDLER & ASSOCIATES, L.L.P.**
BY:    DAVID W. SABA, ESQUIRE
      LARA J. ENDLER, ESQUIRE
IDENTIFICATION NO.   19648 & 66507
SUITE 100
PARK BUILDING
400 THIRD AVENUE
KINGSTON, PA 18704-5816
(570) 331-3100

ATTORNEY FOR DEFENDANT,
Peter J. Terhaar, D.O.

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MANUEL RAMOS, | : | CIVIL NO. 1:-CV-00-1957 |
| | : | |
| Plaintiff | : | (Judge Kane) |
| | : | |
| v. | : | |
| | : | |
| MARGARET HARDEN, | : | **FILED** |
| DR. MCGLORI, | : | **SCRANTON** |
| DR. MAXIMO R. VELASCO, JR., , | : | |
| DR. ANTHONY BUSSANICH, and | : | APR 1 9 2002 |
| DR. PETER J. TERHAAR, | : | |
| | : | PER _____ |
| Defendants | : | DEPUTY CLERK |

### ENTRY OF APPEARANCE

Please enter our appearance on behalf of Defendant, Dr. Peter J. Terhaar, in the above-referenced matter.

SABA, ENDLER & ASSOCIATES, L.L.P.

BY: _____
DAVID W. SABA, ESQUIRE
I.D. # 19648

BY: _____
LARA J. ENDLER, ESQUIRE
I.D. # 19648
Suite 100, Park Building
400 Third Avenue
Kingston, PA 18704
(570) 331-3100

## CERTIFICATE OF SERVICE

I, Lara J. Endler, Esquire, do hereby certify that on the 18th day of April,

2002, I forwarded the Entry of Appearance to the Plaintiff, Manuel Ramos, U.S.

Penitentiary Florence, R37563-053, PO Box 7000, Florence, CO 81226 via

Certified Mail, Return Receipt Requested and first class mail, postage prepaid.

SABA, ENDLER & ASSOCIATES, L.L.P.

BY: _____
LARA J. ENDLER, ESQUIRE

FILED
SCRANTON

APR 1 9 2002

PER _____
DEPUTY CLERK