Manual Ramos
# 37563-053
U.S. Penitentiary
P.O. BOX 7000
Florence, CO. 81226



UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MANUAL RAMOS, )
    Plaintiff )
  )
V. ) Civil No. CV-00-1957
  )
Margaret Harden, )
Dr. McGlori, )
Dr. Maximo R. Velasco, Jr., )
Dr. Anthony Bussanich, and )
Dr. Peter J. Terhaar )

FILED
HARRISBURG, PA

APR 3 0 2002

MARY E. D'ANDREA, CLER
Per _____
Deputy Clerk

<u>MOTION TO BE TRANSFERED TO THE MIDDLE DISTRICT
OF PENNSYLVANIA AND FOR APPOINTMENT OF COUNSEL</u>

COMES NOW, MANUAL RAMOS, through his friend Paul Free,(inmate
# 42235-198) to ask this court to order the Bureau of Prisons
(BOP) to transfer plaintiff Ramos from USP Florence, Colorado
to within the Middle District of Pennsylvania and to appoint
counsel in the interest of justice.

Mr. Ramos can neither read nor write English. He has received
in the mail a list of forty-one (41) interrogatories, most
containing numerous sub-parts (as many as 10 questions per
numbered interrogatory) from one of the defendants (Terhaar)
and needs the assistance of professional counsel to answer
them. Further, Defendant Terhaar has, through Rule 34, demanded
that Ramos produce documents "at the law offices of Saba, Endler,
and Associates...on Monday, May 20, 2002 at 10:00 a.m." Clearly,
Mr. Ramos, being an incarcerated inmate, and in Colorado, can
not do the things an attorney could. Ramos does not have access

to the requested documents but an appointed attorney could.

It is therefore absolutely necessary that Ramos be transfered as soon as possible to an institution within the Middle District of Pennsylvania so he can assist in the prosecution of this case and be appointed counsel.

There is a Constitutional right to be present during all critical stages of a trial. **Rushen v. Spain,** 464 U.S. 114, 117, 104 S.Ct. 453, 78 L.Ed.2d 267 (1983) (per curium). Plaintiff submits that these pre-trial proceedings are critical stages of the proceedings requireing his presence as close as possible to the courthouse and the appointment of counsel. As stated above, Mr. Ramos does not read nor write English so he requests that an attorney be appointed who is familiar with Civil law and who also speaks Spanish. (Mr. Ramos is a citizen of Colombia).

Respectfully submitted under penalty of perjury and signed this twenty-fifth day of April in the year 2002.

*M. Ramos - 37563-053*
Miguel Ramos

*[signature] 04/25/2002*
Paul Free #42235-198