TAM:MEH:mel

FILED
WILLIAMSPORT, PA

MAY 20 2002

MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

MANUEL RAMOS, :
      Plaintiff :
      :
   v. : Civil No. 1:CV-00-1957
      : (Kane, J.)
MARGARET HARDEN, Warden, : (Smyser, M.J.)
et al., :
      Defendants :

### FEDERAL DEFENDANTS' MOTION TO DISMISS

The federal defendants ask this Court to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b). A brief in support of this motion will be filed in accordance with M.D. Pa. Local Rule 7.5.

Counsel certifies that he has not obtained the concurrence of plaintiff pursuant to M.D. Pa. Local Rule 7.1 because plaintiff is a prisoner proceeding pro se.

                Respectfully submitted,

                THOMAS A. MARINO
                United States Attorney

                *Matthew E. Haggerty*

                MATTHEW E. HAGGERTY
                Assistant U.S. Attorney
                MICHELE E. LINCALIS
                Paralegal Specialist
                316 Federal Building
                240 West Third Street
                Williamsport, PA 17703

Date: May 20, 2002

```
              UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF PENNSYLVANIA
```

MANUEL RAMOS,                    :
        Plaintiff        :
                         :
        v.               :   Civil No. 1:CV-00-1957
                         :   (Kane, J.)
MARGARET HARDEN, Warden,         :   (Smyser, M.J.)
et al.,                          :
        Defendants       :

### CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on May 20, 2002, she served a copy of the attached

**FEDERAL DEFENDANTS' MOTION TO DISMISS**

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Williamsport, Pennsylvania.

Addressee:

Manuel Ramos
Reg. No. 37563-053
U.S. Penitentiary
P.O. Box 7000
Florence, CO 81226

David W. Saba, Esquire
Suite 113, Park Building
400 Third Avenue
Kingston, PA 18704

*Michele E. Lincalis*
MICHELE E. LINCALIS
Paralegal Specialist

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

MANUEL RAMOS,                                 :
       Plaintiff                      :
                                             :
      v.                                    :   Civil No. 1:CV-00-1957
                                             :   (Kane, J.)
MARGARET HARDEN, Warden,                      :   (Smyser, M.J.)
et al.,                                       :
       Defendants                     :

### O R D E R

**NOW,** this \_\_\_\_\_ day of _____, 2002, upon consideration of the federal defendants' motion to dismiss, **IT IS HEREBY ORDERED THAT** the complaint is dismissed with a certification that any appeal shall be deemed frivolous, lacking in probable cause and not taken in good faith.

                                                    _____
                                                  YVETTE KANE
                                                  United States District Judge