Manuel Ramos
#37563-053
U.S. Penitentiary
P.O. Box 7000
Florence, CO. 81226
Plaintiff pro se/pro per

FILED
HARRISBURG

JUN 1 3 2002

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

MANUEL RAMOS     )
  Plaintiff,     )
                 )
                 )     Civil No. 1-CV-00-1957
V.               )
                 )     Plaintiff's Motion to Stay/Leave
                 )     of Court to Exhaust Adminis-
Margaret Harden, Warden;  )  trative Remedies.
Dr. Peter Terhaar et al.  )
Defendants.      )

  COMES NOW MANUEL RAMOS, Plaintiff herein who requests this

Honorable Court GRANT him an extension of time to, <u>if</u> this Court

deems it necessary, to comply with recent USSC rulings(even though

there are no remedies available through the Bureau of Prisons to

afford Plaintiff the requested relief) and in view of the fact that

this Cause of Action was initiated before those rulings came down,

allow Plaintiff sufficient time to file Administrative Remedies

as are available through the BOP. Plaintiff was denied forms & treat-
ment for over five months after the guard broke his thumb.
Respectfully submitted under penalty of perjury and signed this
31st Day of May, 2002.

          Plaintiff's signature: M. RAMOS



NAME: Manuel Ramos
REG. NO.: 37563-053
U.S. PENITENTIARY
P.O. BOX 7000
FLORENCE, CO 81226

Clerk of Court
United States District Court
for the Middle District of Pennsylvania
P.O. BOX 11817
Harrisburg, PA.  17108-1817

Legal Mail
17108-1817

Name
1st Notice
2nd Notice JUN 10 2002
Return

7002 0000 1670 0000 2333

CERTIFIED MAIL