

**JUDGE'S COPY**

Paul E. Free
#42235-198
U.S. Penitentiary
P.O. BOX 7000
Florence, CO. 81226

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re RAMOS
Civil No. 1-CV-00-1957

FILED
HARRISBURG, PA

JUN 17 2002

ANDREA, CLERK
Deputy Clerk

    This is to certify that I personally saw Mr. Ramos receive the (Government) <u>Defendants' Brief In Support Of Their Motion to Dismiss</u> and the accompaning <u>Record In Support Of Defendants' Motion to Dismiss</u> for the first time on the evening of June 10, 2002. This package arrived in the regular mail, at mail call. It was not delivered "legal mail" nor was it signed for. It was postmarked "Filed-June 04, 2002." I will help Ramos answer it shortly as well as this Court's ORDER of May 29, 2002 which Mr. Ramos received on June 7, 2002.

    I will be leaving within the next month or so and then Ramos will not have anyone here to help him. He does not read, write nor speak English and he will not be able to prosecute his claims unless counsel is appointed.

Respectfully submitted under penalty of perjury this Eleventh day of June in the year 2002.

              Declarant's signature: _Paul E Free_
                                         Paul E. Free