FILED
HARRISBURG, PA

MAR 2 5 2002

MARY E. D'ANDREA, CLERK
Per_____ Deputy Clerk

00CV-1957

FLORENCE, C.O. 81226.

SEÑOR MAJESTRADO. JUDGE J. ANDREW SMYS
YO SOY ANTONIO JAIMES AYALA. A.K.A. MANUEL RAMOS.
EL BURO DE PRICIONES FEDERALES ME OBLIGA A USA
EL NOMBRE de RAMOS. YO TENGO 59. AÑOS
NO ABLO NI LEO INGLES. TENGO 1 AÑO DE PRIMAR
EN ESPAÑOL. O SEA SOY PRATICAMENTE ANALFAVETA.
NO ME ESTOY ES CONDIENDO DE NADIE NI CON NAD
PERO ABLO LA VERDA. ANTE TODO. Y DUELA LE
AL QUE LE DUELA SEÑORIA. LO QUE DE BUSTE SE
Y DE LA JUESA. YVETTE KANE. ES LO QUE ME A
LE IDO. DE SUS DECICIONES. LA ULTIMA ES SU
NO PUEDE PONERME. UN ABOGADO. BUENO BUSTE SA
POR QUE LO ACE LO QUE SI LE PIDO EN NOMBR
DE LA COSTITUCION DE LOS ESTADOS UNIDOS.
AMERICA. ES EL RESPETO A MIS DERECHOS SIVILES.
COMO QUAL QUIER AMERICANO. YO ESTOY BAJO L
PROTECION DE LA VANDERA AMERICANA. Y LO REZ
MUY CLARO Y GUALDA DE CONDICIONES PARA TODOS
YO QUIERO UN JUICIO JUSTO CON UN JUR
ES COJIDO. EN PARTE POR MI. Y UN BUEN INTERPR
YO BOY CON LA VERDA. Y CON MI MAS GRANDE
PRUEBA. MI MANO. Y UNA OPERACION ES PERIM
REALIZADA POR UN CARNICERO. AMERICADO. CON
TITULO DE DOCTOR. Y APOYADO POR ESTE
GOVIERNO. QUE SIN PIEDA ORDENA ESPER
MENTOS EN SERES UMANOS. MI OPERACION
FUE ESTILO MONO. OPERACION MONQUE

2

Y NO LE QUEPA DUDA. QUE NO AY NELIJENCIA. MEDICA. CUANDO SE TRATA de ESPERIMENTO. NO AY NELIJENCIA. NO SEÑOR AY UN CRIMEN CRUEL CON TODA LA MALA INTENCION. Y CON ALEVOSIA. Y SUS ATENUANTES. YO SOY COLOMBIANO Y SU GOVIERNO. NO PUEDE DAR PERMISO PARA UN ESPERIMENTO CON MIGO EL ECHO QUE ESTE PRIVADO. de MI LIVERTAD, NO LES AUTORISA AUSARME COMO CONEJILLO de INDIAS ES PERO VERLO PRONTO SEÑORIA. Y SI NO ES MUCHO PEDIRLE OR DENE MI TRISFER, A UNA PRICION SERCA de HARRISBURG P.A. 17108

ANTONIO JAIMES AYALA
A. K. A. 37763-053
MANUL RAMOS