*cc - see attach*

(31)
6/21/02

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MANUEL RAMOS, | : CIVIL NO: 1:CV-00-1957 |
| Plaintiff, | : |
| | : (Judge Kane) |
| v. | : |
| | : (Magistrate Judge Smyser) |
| MARGARET HARDEN, | : |
| DR. MCGLORI, | : |
| DR. MAXIMO R. VELASCO, JR., | : |
| DR. ANTHONY BUSSANICH, and | : **FILED** |
| DR. PETER J. TERHAAR, | : HARRISBURG, PA |
| | : |
| Defendants | : JUN 20 2002 |

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

<u>ORDER</u>

AND NOW, this 20th day of June, 2002, **IT IS HEREBY ORDERED** that the plaintiff's request (doc. 29) for an extension of time is **GRANTED**. The plaintiff shall file a brief in opposition to the federal defendants' motion to dismiss on or before July 10, 2002.

J. Andrew Smyser
Magistrate Judge

DATED: June 20, 2002.

```
              UNITED STATES DISTRICT COURT
                        FOR THE
               MIDDLE DISTRICT OF PENNSYLVANIA

            * * MAILING CERTIFICATE OF CLERK * *

                       June 20, 2002


    Re:  1:00-cv-01957    Ramos v. Hawk-Sawyer



    True and correct copies of the attached were mailed by the clerk
    to the following:


         Manuel Ramos
         USP-FL
         U.S. Penitentiary Florence
         R37563-053
         P.O. Box 7000
         Florence, CO  81226

         David W. Saba, Esq.
         Suite 113, Park Building
         400 Third Avenue
         Kingston, PA  18704-5816

         Lara J. Endler, Esq.
         DAVID W. SABA
         Suite 100, Park Building
         400 Third Avenue
         Kingston, PA  18704-5816




cc:
Judge                           ( )              ( ) Pro Se Law Clerk
Magistrate Judge                (_)              ( ) INS
U.S. Marshal                    ( )              ( ) Jury Clerk
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   ( )
Federal Public Defender         ( )
Summons Issued                  ( ) with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             ( ) with Petition attached & mailed certified mail
                                    to:  US Atty Gen  ( )   PA Atty Gen ( )
```


```
Bankruptcy Court          ( )        DA of County   ( )   Respondents ( )
Other_____        ( )
                                            MARY E. D'ANDREA, Clerk

DATE: 6/20/02                          BY: _____
                                            Deputy Clerk
```