Manuel Ramos
# 37563-053
U.S. Penitentiary
P.O. Box 7000
Florence, CO. 81226
Plaintiff, pro se/pro per

**FILED**
**HARRISBURG**

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JUN 1 3 2002

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

| | |
|---|---|
| MANUEL RAMOS ) | |
|   Plaintiff, ) | |
| ) | Civil No. 1-CV-00-1957 |
| v. ) | |
| ) | Petitioner's Response to the |
| Margaret Harden, Warden; ) | Government's/Defendant's |
| Dr. Peter Terhaar et al. ) | Motion to Dismiss |
|   Defendants ) | |

    **COMES NOW, MANUEL RAMOS, Plaintiff pro se/pro per,** to OBJECT to the Government's Motion to Dismiss received Tuesday, May 28, 2002 without containing the Government's brief in support so that Plaintiff has no idea what issues or points the Government is raising, if any. Therefore, Plaintiff Objects to the Motion to Dismiss and will file with this Court a brief in support as soon as he receives the Governments brief.

Respectfully submitted under penalty of perjury and signed this 31st day of May in the year 2002.   Plaintiff's signature: M. Ramos

## CERTIFICATE OF SERVICE

I, Manuel Ramos, Plaintiff in Cause No. Civil 1-CV-00-1957, certify that a true and correct copy of the foregoing: Petitioner's Response to the Government's Motion to Dismiss — was mailed, postage prepaid, to each of the Defendants listed below on the 31st day of May 2002.

Saba, Endler & Associates
(for Defendant Terhaar)
Suite 100
Park Building
400 Third Ave.
Kingston, PA. 18704-5816

Margaret Harden, Warden and
The United States.
FCI Allenwood
P.O. BOX 2500
White Deer, PA. 17887

Dr. McGlori
FCI Allenwood (above)

Dr. Maximo R. Velasco
USP Lewisburg
R.D. # 5
Lewisburg, PA. 17837

Dr. Anthony Bussanich
USP Lewisburg (above)

Bureau of Prisons, Kathleen Hawk, Director
Central Office
320 First Street N.W.
Washington, D.C. 20534

Plaintiff's signature: M. RAMOS