Manuel Ramos
# 37563-053
U.S. Penitentiary
P.O. BOX 7000
Florence, CO. 81226

June 16, 2002

Re: Civil No. 1-CV-00-1957

Dear Clerk,

    Enclosed please find my <u>Brief in Support of Plaintiff's Response to Government's/Defendant's Motion to Dismiss</u>. I have sent one (1) original plus three (3) copies. In addition I have sent one for the court to stamp "Filed"(and the date)plus one to be sent to one of the defendants, Dr.Velasco as my attempts to mail him copies have resulted with them being sent back to me marked "no longer here". And, no forwarding address. I have provided stamped envelopes for these purposes.

                      Thank you for your assistance,

                              Sincerely, *M. RAMOS*
                                          Manuel Ramos



NAME: Manuel Ramos
REG. NO: 37563-053
U.S. PENITENTIARY
P.O. BOX 7000
FLORENCE, CO. 81226

DCR #2  23:33 05

RETURN TO SENDER
RELEASED
TRANSFERRED
WRIT OVER 30 DAYS
NEED NUMBER TO IDENTIFY

Dr. Maximo Velasco
USP Lewisburg
R.D. #5
Lewisburg, PA., 17837

LEGAL MAIL