Manuel Ramos
Reg. No. 37563-053
U.S. Penitentiary
P.O. BOX 7000
Florence, CO. 81226


Clerk of Court
U.S. District Court for
the Middle District of Pennsylvania

Re: Ramos v Margaret Harden, Warden et al.
CIvil No. 1-CV-00-1957

**FILED**
HARRISBURG, PA
JUN 28 2002
MARY E. D'ANDREA, CLERK
Per _____
'Deputy Clerk

Dear Clerk,

    Enclosed please find an envelope I addressed to one

of the defendants containing two motions. The envelope was sent

back to me marked "Dr. Left" and I have no forwarding address.

Since the doctor should be represented by the federal government

I think these motions should be sent to the U.S. Attorney, atleast

concerning the federal employees being sued in their official

capacities. I am waiting for the judge to make a ruling on this

as I can't figure it out myself at this point. If you would be so

knd, would you please forward these to the U.S. Attorney or to

Dr. Velasco?

                          Thank you for your assistance.


                                Manuel Ramos



NAME: Manuel Ramos
REG. NO.: 37563-053
U.S. PENITENTIARY
P.O. BOX 7000
FLORENCE, CO 81226

UNITED WE STAND

O.C.R. #2 20:42 05/04/02

ORADO SPRINGS CO 809

Dr. Maximo Velasco

Dr. Left

RETURNED TO SENDER

LEGAL MAIL