UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Manuel RAMOS, | : | |
| Plaintiff | : | 1:CV-00-1957 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| UNITED STATES of America, Margaret Harden, Dr. McGlori, Dr. Maximo R. Velasco, Jr., Dr. Anthony Bussanich, and Dr. Peter J. Terhaar, | : | (Magistrate Judge Smyser) |
| Defendants | : | |

**ENTRY OF APPEARANCE**

*To the Clerk of the United States District Court*

You are hereby requested to enter my appearance as counsel for the plaintiff in the above-entitled action pursuant to a July 19, 2002 Order of the Magistrate Judge requesting appointment of counsel under 28 U.S.C. § 1915(d).

September 13, 2001

Respectfully submitted,

Andrew J. Ostrowski, Esq.
BAILEY, STRETTON & OSTROWSKI
Pa. Supreme Court I.D. No. 66420
4311 North Sixth Street
Harrisburg, PA 17110
717-221-9500
ATTORNEY FOR PLAINTIFF