(4L
9-16-0
2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MANUEL RAMOS              :        NO. 1:CV-00-1957
      Plaintiff           :
                        :
      v.                  :
                        :
KATHLEEN M. HAWK-SAWYER, et al.  :

**FILED**
HARRISBURG

SEP 1 6 2002

      Defendant           :

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

**ORDER**

      On September 13, 2002, Andrew J. Ostrowski entered his appearance as counsel for plaintiff is the above-captioned matter and, the undersigned judge, having been advised that counsel for plaintiff is with the law firm of Don Bailey, is hereby recused pursuant to <u>Guide to Judiciary Policies & Procedures-Codes of Conduct for Judges & Judicial Employees</u>, ch. V, § 3.6-3.

      **AND NOW**, this ___16th___ day of ___Sept___, 2001, **IT IS ORDERED THAT** the Clerk of Court shall assign the above-captioned case.

                                  _____
                                  Yvette Kane
                                  United States District Judge