

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MANUEL RAMOS, | : | CIVIL NO. 1:00-CV-1957 |
| Plaintiff | : | (Judge Jones) |
| v. | : | (Magistrate Judge Smyser) |
| MARGARET HARDEN, DR. MCGLORI, DR. MAXIMO R. VELASCO, JR., DR. ANTHONY BUSSANICH, and DR. PETER J. TERIHAAR, | : | |
| Defendants | : | |

FILED
HARRISBURG, PA

OCT 4 2002

MARY E. D'ANDREA, CLERK
Per ____

<u>ORDER</u>

**IT IS HEREBY ORDERED** that:

1. A case management conference will be conducted by the court on **November 22, 2002, at 8:30 a.m.,** in Chambers, Eleventh Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania. **This conference will be <u>in</u> <u>person</u> unless a party requests that the conference be held by telephone and the request has the concurrence of all parties. It will then be the responsibility of the requesting party to so inform the court and to place the conference call.**

2. The primary purpose of this conference will be to establish case management deadlines to enable this action to go forward as efficiently as possible. Participation in this conference by counsel or by <u>pro</u> <u>se</u> litigants is <u>mandatory</u>.

AO 72A
(Rev. 8/82)

3. If counsel of record is unable to participate in the conference, the court shall be notified of the name of the substitute counsel two business days in advance of the date of the conference. The telephone number to call is (717) 221-3980.

4. Counsel are advised to comply with Rule 16.3(a) of the Rules of Court for the Middle District of Pennsylvania. Local Rule 16.3 requires lead counsel for each party to meet prior to the management conference and complete a "Joint Case Management Plan" form. **The completed form**, which is set forth in Appendix B of the local rules, **must be filed on or before November 15, 2002**. Counsel should also be conversant with the district's "Expense and Delay Reduction Plan," adopted on August 19, 1993, as required by the Civil Justice Reform Act of 1990.

5. The parties are advised that once the deadlines have been established extensions of those time periods will not be granted, except under extraordinary circumstances.

                                                  J. Andrew Smyser
                                                  Magistrate Judge

Dated: October 3, 2002.

AO 72A
(Rev. 8/82)