

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MANUEL RAMOS, : 1:CV-00-1957
:
    Plaintiff : (Judge Jones)
: (Smyser, M.J.)
v. :
:
MARGARET HARDEN, Warden, et al. :
: **FILED**
    Defendants : **WILLIAMSPORT**

OCT 0 8 2002

## ORDER

Per_____
    DEPUTY CLERK

October 8, 2002

**IT IS ORDERED THAT:**

1. Defendants' motion for a ten day enlargement of time in which to answer the amended complaint pursuant to FRCP 6(b) is granted to the extent of the relief provided in this order.

2. Defendants' Answer shall be filed on or before October 17, 2002.

_____
John E. Jones III
United States District Judge