UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MANUEL RAMOS, | : | CIVIL NO. 1:-CV-00-1957 |
| Plaintiff | : | (Judge Jones) |
| v. | : | (Magistrate Judge Smyser) |
| MARGARET HARDEN, DR. MCGLORI, DR. MAXIMO R. VELASCO, JR., , DR. ANTHONY BUSSANICH, and DR. PETER J. TERHAAR, | : | |
| Defendants | : | |

**WITHDRAWAL OF APPEARANCE**

Please withdraw our appearance on behalf of Defendant, Dr. Peter J. Terhaar, in the above-referenced matter.

SABA, ENDLER & ASSOCIATES, L.L.P.

BY: *David W. Saba by APO*
DAVID W. SABA, ESQUIRE
I.D. # 19648

BY: *Lara J. Endler by APO*
LARA J. ENDLER, ESQUIRE
I.D. # 66507
Suite 100, Park Building
400 Third Avenue
Kingston, PA 18704
(570) 331-3100

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MANUEL RAMOS, | : | CIVIL NO. 1:-CV-00-1957 |
| | : | |
| Plaintiff | : | (Judge Jones) |
| | : | |
| v. | : | (Magistrate Judge Smyser) |
| | : | |
| MARGARET HARDEN, | : | |
| DR. MCGLORI, | : | |
| DR. MAXIMO R. VELASCO, JR., , | : | FILED |
| DR. ANTHONY BUSSANICH, and | : | WILLIAMSPORT, PA |
| DR. PETER J. TERHAAR, | : | OCT 2 1 2002 |
| | : | MARY E. D'ANDREA, CLERK |
| Defendants | : | Per _____ Deputy Clerk |

### ENTRY/WITHDRAWAL OF APPEARANCE

### ENTRY OF APPEARANCE

Please enter my appearance on behalf of Defendant, Dr. Peter J. Terhaar, in the above-referenced matter.

SABA, ENDLER & ASSOCIATES, L.L.P.

BY: _____
PATRICK T. O'CONNELL, ESQUIRE
I.D. # 76539
106 West Front Street
Berwick, PA 18603
(570) 752-5915