CC: MJ SMYSER



51
11-25-02
JSC

# MINUTE SHEET OF PROCEEDINGS BEFORE
## J. ANDREW SMYSER, UNITED STATES MAGISTRATE JUDGE
### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

| Caption | Civil No. | |
|---|---|---|
| Ramos v. Hawk-Sawyer | 1:00-CV-1957 | CONSENT |

| Proceeding: | Case Management Conference - By Telephone |
|---|---|

| Set For: | November 22, 2002 | At: | 8:30 a.m. |
|---|---|---|---|

| Time Commenced: | 8:25 | Time Terminated: | 8:50 |
|---|---|---|---|

| For Plaintiff: | For Defendant: |
|---|---|
| Andrew J. Ostrowski, Esquire | Matthew Haggerty, AUSA<br>Patrick T. O'Connell, Esquire (*for Peter Terhaar*) |

**REMARKS:    CASE MANAGEMENT CONFERENCE**

FILED
HARRISBURG, PA
NOV 22 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

O:\Smyser\APPLEBY\Minute Sheets\CIVIL MINUTE SHEET 061400