cc: MJ Smyser; Atty Ostrowski w/ copy of case file + docket; Attys Haggerty + O'Donnell

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MANUEL RAMOS,  :  CIVIL NO. 1:00-CV-1957
 :
    Plaintiff  :
 :
  v.  :  (Magistrate Judge Smyser)
 :
DR. MAXIMO R. VELASCO, JR.,  :
DR. ANTHONY BUSSANICH,  :
DR. PETER J. TERHAAR, and  :
THE UNITED STATES OF AMERICA,  :
 :
    Defendants  :

FILED
HARRISBURG, PA
NOV 25 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

**ORDER**

AND NOW, this 25th day of November, 2002, **IT IS HEREBY ORDERED** that the Clerk of Court shall provide without cost a copy of the documents in the file to the plaintiff's court-appointed *pro bono* attorney.

J. Andrew Smyser
Magistrate Judge

DATED: November 25, 2002.