**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
P.O. BOX 827
FEDERAL BUILDING
HARRISBURG, PA 17108-0827

J. ANDREW SMYSER
MAGISTRATE JUDGE

(717) 221-3980
FAX 221-3979

December 5, 2002

Andrew J. Ostrowski, Esquire
4311 North 6th Street
Harrisburg, PA 17110

Re: Ramos v. Harden; 1:CV-00-1957

Mr. Ostrowski:

    I am forwarding to you a letter written (in Spanish) to the court from your client. No action will be taken on the letter.

Sincerely,

Melissa Sayres
Law Clerk to Magistrate
Judge Smyser

cc: Matthew Haggerty, Esquire
    Patrick O'Connell, Esquire

FILED
HARRISBURG, PA
DEC 06 2002
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

Us S.P.o

1:00CV-1957
Ramos v. Hawke Sawyer

FLORENCE, 81226.  11-23-2002

SEÑOR
J. ANDREW SMYSER
MGISTRATE. JUDGE. POR FAVOR
BUSTE DIO ONA OLDEN QUE EL
DIA NOVIEMBER 22. AT 8:30 YO NO
ENTIENDO PERO LE E MANDADO
5. CARTAS A MI ABOGADO Y NO
ME CONTESTA. QIEN ME PUSO
ESE ABOGADO. Y POL QUE NO
AY COMUNICACION YO CREO
Y NO ES LEGAL QUE SE ESTEN
REUNIENDO EN LA CORTE. Y YO NO
ESTE PRESENTE POL FAVOR ESPERO
SU ATENCION A MI CARTA YO NO
ES CRIVO. NI ABLO INGLES Y A MI
M°SO SELO YEVARON DE AQUI
   CON TODO RESPETO ESPERO
SU AMABLE RESPUESTA

ATONI JAIMES AYALA
A.K.A. M. RAMOS 37563-057

FILED
HARRISBURG, PA

DEC 02 2002

MARY E. D'ANDREA, CLERK
Per _____
           Deputy Clerk