UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MANUEL RAMOS, | : CIVIL NO. 1:00-CV-1957 |
| Plaintiff | : |
| v. | : (Magistrate Judge Smyser) |
| DR. MAXIMO R. VELASCO, JR., DR. ANTHONY BUSSANICH, DR. PETER J. TERHAAR, and THE UNITED STATES OF AMERICA, | : |
| Defendants | : |

**ORDER**

FILED
DEC 23 2002
PER _____
HARRISBURG, PA DEPUTY CLERK

AND NOW, this 23rd day of December, 2002, **IT IS HEREBY ORDERED** that the plaintiff's motion (doc. 48) for a transfer is **DENIED WITHOUT PREJUDICE** to the plaintiff following the procedure agreed upon by counsel for the parties at the case management conference held on November 22, 2002.

J. Andrew Smyser
Magistrate Judge

DATED: December 23, 2002.