TAM:LBS:mel:2002V00410

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

MANUEL RAMOS, :
        Plaintiff :
         :
        v. : Civil No. 1:CV-00-1957
         : (Jones, J.)
MARGARET HARDEN, Warden, : (Smyser, M.J.)
et al., :
        Defendants :

### SUBSTITUTION OF COUNSEL

Please substitute my appearance for that of Assistant United States Attorney Matthew E. Haggerty as Counsel of Record for defendants Velasco, Bussanich, and the United States of America.

        Respectfully submitted

        THOMAS A. MARINO
        United States Attorney

        _____
        LARRY B. SELKOWITZ
        Assistant U.S. Attorney
        316 Federal Building
        240 West Third Street
        Williamsport, PA 17701
        570-326-1935

Date: January 24, 2003

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

MANUEL RAMOS,                       :
        Plaintiff          :
                                    :
      v.                          :   Civil No. 1:CV-00-1957
                                    :   (Jones, J.)
MARGARET HARDEN, Warden,            :   (Smyser, M.J.)
et al.,                             :
        Defendants         :

CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on January 24, 2003, she served a copy of the attached

**SUBSTITUTION OF COUNSEL**

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Williamsport, Pennsylvania.

Addressee:

Andrew J. Ostrowski, Esquire
BAILEY, STRETTON & OSTROWSKI
4311 North Sixth Street
Harrisburg, PA 17110

Patrick T. O'Connell, Esquire
SABA, ENDLER & ASSOCIATES, L.L.P.
106 West Front Street
Berwick, PA 18603

                                          *Michele E. Lincalis*
                                          MICHELE E. LINCALIS
                                          Paralegal Specialist