TAM:LBS:mel:2002V00410

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MANUEL RAMOS,<br>        Plaintiff | : <br> : <br> : |
| v. | : Civil No. 1:CV-00-1957<br> : (Jones, J.) |
| MARGARET HARDEN, Warden,<br>et al.,<br>        Defendants | : (Smyser, M.J.)<br> : <br> : |

**PETITION FOR WRIT OF**
**HABEAS CORPUS AD TESTIFICANDUM**

Defendants United States of America, Bussanich, and Velasco, respectfully request the Court to issue a writ of habeas corpus ad testificandum to return plaintiff to the Middle District of Pennsylvania. In support of this request, defendants state the following:

1. On April 9, 2003, at 10:00 a.m., counsel for defendants United States of America, Bussanich, and Velasco, having leave of Court[1], will take the deposition of plaintiff, Manuel Ramos, at the United States Penitentiary in Lewisburg, Pennsylvania.

2. Plaintiff, Manuel Ramos, Reg. No. 37563-053, is an inmate now in the custody of the Warden of the United States

---

[1] Rule 30(a)(2) of the Federal Rules of Civil Procedure requires leave of court to depose an individual confined in prison. Defendants understand paragraph 4 of the Court's November 25, 2002, Case Management Order as granting leave for the inmate plaintiff's deposition.

Penitentiary, 5880 State Highway, 67 South, P. O. Box 7000, Florence, Colorado, 81226, by virtue of certain writs and judgments and commitments of the United States Courts for a District or Districts and State or States within the United States, copies of which are in the possession of the said Warden.

3. The deposition of plaintiff, Manuel Ramos, is necessary for the factual development of this case.

WHEREFORE, defendants United States of America, Bussanich, and Velasco request that the Court grant and issue a writ of habeas corpus ad testificandum to have plaintiff Manuel Ramos produced at the United States Penitentiary in Lewisburg, Pennsylvania, on April 9, 2003, at 10:00 a.m., to provide his oral deposition.

                                Respectfully submitted,

                                THOMAS A. MARINO
                                United States Attorney

                                LARRY B. SELKOWITZ
                                Assistant U.S. Attorney
                                MICHELE E. LINCALIS
                                Paralegal Specialist
                                316 Federal Building
                                240 West Third Street
                                Williamsport, PA  17703

Dated: January 24, 2003

2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

MANUEL RAMOS,
        Plaintiff

        v.         :   Civil No. 1:CV-00-1957
                  :   (Jones, J.)
MARGARET HARDEN, Warden,   :   (Smyser, M.J.)
et al.,
        Defendants

## CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on January 24, 2003, she served a copy of the attached

**PETITION FOR WRIT OF
HABEAS CORPUS AD TESTIFICANDUM**

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Williamsport, Pennsylvania.

Addressee:

Andrew J. Ostrowski, Esquire
BAILEY, STRETTON & OSTROWSKI
4311 North Sixth Street
Harrisburg, PA 17110

Patrick T. O'Connell, Esquire
SABA, ENDLER & ASSOCIATES, L.L.P.
106 West Front Street
Berwick, PA 18603

_____
MICHELE E. LINCALIS
Paralegal Specialist