1-29-03

U.S.P.
FLORENCE, CO. 81226. SEÑOR. ONORABLE. JUES
CHIEF. JUDGE THOMAS I. VANASKIE. —
PERDON. POR LA MOLESTIA QUE LE CAUSE MI CARTA
PERO. ME VEO. EN LA NESESIDA. DE ACUDIR A SU
PERSONA. YA QUE. TANTO EL ABOGADO QUE ME
FUE ASIGNADO. POR LA COURT. PARA MI CASO. DE
FENSA. CIVIL N° 1:CV-00-1957 NO TENGO. —
MUCHA. COMUNICACION. CON EL. Y E PEDIDO.
MUCHAS VESES. AL MAGISTRATE. JUDGE. J. ANDREW
SMYSER. QUE YO SEA TRASLADADO. SERCA DE DONDE
SE VA A REALIZAR MI JUICIO EL ONORABLE. —
MAGISTRATE. SE A NEGADO. 4. VESES A MI PETICION
Y DESDE COLOMBIA MI PATRIA. MI FAMILIA AYAMAN
POR TELEFONO. A LA. DEPUTY CLERK. Y EL SEÑOR
NO ASCENIDO. PASAR MI FAMILIA. Y YO PIDEN —
A LA CORTE. MI TRASLADO. POR QUE MI VIDA ESTA
EN PELIGRO. DE MUERTE. YO TENGO MUY BUENAS
RASONES. QUE PUEDO PROBAR QUE EL BURO. DE
PRICIONES FEDERALES ATRATADO. DE ACERME
MATAR POR OTROS PRESOS. AL BURO NO LE —
CONVIENE. QUE YO LLEGE A UN JUICIO —
POR FAVOR LA AUTOACION DEL MAJISTRADO. NO
LA ENTIENDO. EL NEGO TODO. Y FUE APOLLA
DO. POR LA ONORABLE. JUDGE YVETTE KANE. YO
FUI A MI APELACION. AL 3. CIRCUITO. DE —
FILADELFIA. Y LOS 3. ONORABLES JUESES —
DIERON. MI CASO. PARA ATRAS Y LE TOCO A LA
MISMA. JUESA. Y AL MISMO. MAGESTRADO —

2

Eyos no estavan aciendo caso. Los 3 jueses les toco. dar una contra orden para que – respetaran. la desicion. de la corte del – sincuito. Despues de luchar y luchar con la ayuda. de 3. presos. Aora viene el juisio pero lo ponen para 3. noviembre es mucho. Tienpo. vienon reuniones. y a mi se me nego. el derecho. de estar presente, y el mesmo. que pidio ala. corte. que yo no estuviera presente. Fue el abogado. que me fue acinado. El – Señor Andrew J. ostrousko telefono. 717-221-9 y fax (717) 221-9600. No entiendo yo le e pedido. a este abogado estar pesente yo y el ace todo lo contrario a pesar que le edicho que mi vida. corre peligro. Por favor yo le pido y me ayude. Me tienen acorralado y no puedo defenderme. Por favor la costitucion de este país reza. lo contrario – amas el respeto. por los tratados – internacionales. viena conmecion. 1963 amiceme. y so una operacion espe rimento se yama. operacion Monk y tengo. Todas la evidencias en mi – mano. Por que ay que esperar 9-meses mas. Si eso es en ne se Mario xo le pido. y escuche mi peticion

3

de AYUDA. UsTED ES EL ONORABLE JUES, JEFE, de LA CORTE OSINO — POR LO MENOS YO LE PIDO PROTECCION PARA MI VIDA. Soy COLOMBIANO de 59. AÑOS Y NO ME PUEDO deFENDER de LAS GAMGAS. de LAS PENITENCIERES A donde ME AN TENIDO SOLO PARA SCE ALZONDE ME MATE Y A CI DESR. SCE FUE UN ACIDENTE. MUCHAS — GRACIAS POR SU AMABLE ATENCION.

ANTONIO JAIMES AYALA.
A.K.A. M. RAMOS 37563-053

COPIA PARA LA EMVAJADA de COLOMBIA LUIS ALBERTO MORENO. WASHINGTON D.C. Y PARA EL CONSUL de COLOMBIA. de NEWYORK. CY.T.Y. Y PARA LA CONSUL. de COLOMBIA. SAS FRANSISCO. CA