*1 to Ct*

**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
P.O. BOX 827
FEDERAL BUILDING
HARRISBURG, PA 17108-0827

J. ANDREW SMYSER
MAGISTRATE JUDGE

(717) 221-3980
FAX 221-3979

(60)
2-10-03
sc

**FILED**
HARRISBURG, PA

FEB 0 7 2003

MARY E. D'ANDREA, CLERK
Per _____

February 6, 2003

Andrew J. Ostrowski, Esquire
4311 North 6th Street
Harrisburg, PA 17110

Re: Ramos v. Harden; 1:CV-00-1957

Mr. Ostrowski:

   I am forwarding to you a letter written (in Spanish) to the court from your client.  No action will be taken on the letter.

Sincerely,

Melissa Sayres
Law Clerk to Magistrate
Judge Smyser

cc: Larry B. Selkowitz, Esquire
    Patrick O'Connell, Esquire