

(61)
2-12-03
sc

n 1/30/03
(58)

gerty
ros; 3 to USM
Lewisburg + Florence Prisons

DISTRICT COURT
OF PENNSYLVANIA

FILED
HARRISBURG, PA
FEB 11 2003
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

01-30-03

Civil No. 1:CV-00-1957
~~(Jones, J.)~~
(Smyser, M.J.)

FILED
HARRISBURG, PA
JAN 30 2003
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

:EAS CORPUS
FICANDUM

y

THE

NOW, in your custody, or one of

es Penitentiary, Lewisburg,

: 10:00 a.m., the person of

. No. 37563-053

strain of his liberty and who is

n certain proceedings pending

t for the Middle District of

the said *MANUEL RAMOS*, Reg. No.

*37563-053*, may then and there give his testimony before a court

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS

*[handwritten annotations: MJ Smyser; Attys Ostrowski, Haggerty, Selkowitz, O'Connell; M. Ramos; 3 to USM 1 to ctrm Dpty; Wardens at Lewisburg & Florence Prisons; N 1/30/03; 58]*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

MANUEL RAMOS,      Plaintiff    :
                                :
          v.                    :   Civil No. 1:CV-00-1957
                                :   (Jones, J.)
MARGARET HARDEN, Warden,        :   (Smyser, M.J.)
et al.,                         :
          Defendants            :

FILED
HARRISBURG, PA
JAN 30 2003
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

WRIT OF *HABEAS CORPUS*
*AD TESTIFICANDUM*

UNITED STATES OF AMERICA TO

Warden, United States Penitentiary
5880 State Highway, 67 South
P. O. Box 7000
Florence, CO  81226

OR THE UNITED STATES MARSHAL FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

GREETINGS:

YOU ARE COMMANDED TO PRODUCE NOW, in your custody, or one of your deputies, to the United States Penitentiary, Lewisburg, Pennsylvania, on April 9, 2003, at 10:00 a.m., the person of

*MANUEL RAMOS, Reg. No. 37563-053*

whom it is alleged you legally restrain of his liberty and who is a necessary and material witness in certain proceedings pending in the United States District Court for the Middle District of Pennsylvania, to the end that he, the said *MANUEL RAMOS, Reg. No. 37563-053*, may then and there give his testimony before a court

reporter, or other person authorized by law to administer oaths, and the said United States Marshal for the Middle District of Pennsylvania is directed to keep the prisoner safe in custody, and confine him from day to day when not providing his oral deposition, in a safe and suitable place of confinement, and at the conclusion of the said deposition, the said United States Marshal for the Middle District of Pennsylvania, or one of his deputies, shall immediately return the said *MANUEL RAMOS, Reg. No. 37563-053*, to the Warden of the United States Penitentiary, 5880 State Highway, 67 South, P. O. Box 7000, in Florence, Colorado, 81226, to serve the balance of the sentence or sentences heretofore imposed upon him.

HEREIN FAIL NOT and due return make hereof.

WITNESS my signature on this ___19TH___ day of ___JANUARY___, 2003.

J. ANDREW SMYSER
Magistrate Judge

Certified from the record
Date 1/30/03
Mary E. D'Andrea, Clerk
Per _____ Deputy Clerk

2