TAM:GMT:mel:2002V00410

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MANUEL RAMOS, | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Civil No. 1:CV-00-1957 |
| | : | (Jones, J.) |
| MARGARET HARDEN, Warden, | : | (Smyser, M.J.) |
| et al., | : | |
| Defendants | : | ELECTRONICALLY FILED |

## PRAECIPE TO SUBSTITUTE COUNSEL

To the Clerk of the District Court:

Please enter the appearance of G. Michael Thiel, Assistant United States Attorney for the Middle District of Pennsylvania, Williamsport, Pennsylvania, and substitute him as counsel for defendants in place of Larry B. Selkowitz, Assistant United States Attorney.

Respectfully submitted,

THOMAS A. MARINO
United States Attorney


s/ G. Micheal Thiel
G. MICHAEL THIEL
Assistant U.S. Attorney
Atty. I.D. No. PA 72926
316 Federal Building
240 West Third Street
Williamsport, PA 17703
Telephone: 570-348-2800
Facsimile: 570-348-2830

Dated: April 8, 2003

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MANUEL RAMOS,** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **Civil No. 1:CV-00-1957** |
| | : | **(Jones, J.)** |
| **MARGARET HARDEN, Warden,** | : | **(Smyser, M.J.)** |
| **et al.,** | : | |
| **Defendants** | : | **ELECTRONICALLY FILED** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That on April 8, 2003, she served a copy of the attached

## PRAECIPE TO SUBSTITUTE COUNSEL

by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Williamsport, Pennsylvania.

Addressee:

Andrew J. Ostrowski, Esquire
BAILEY, STRETTON & OSTROWSKI
4311 North Sixth Street
Harrisburg, PA 17110

Patrick T. O'Connell, Esquire
SABA, ENDLER & ASSOCIATES, L.L.P.
106 West Front Street
Berwick, PA 18603

s/ Michele E. Lincalis
MICHELE E. LINCALIS
Paralegal Specialist