Case 1:00-cv-01957-JAS   Document 84   Filed 04/18/2003   Page 1 of 3



ORIGINAL
2 to cl

FILED
HARRISBURG, PA

APR 18 2003

MARY E. D'ANDREA, CLERK
Per_____
Deputy Clerk

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Manuel RAMOS** | : | **No. 1:CV-00-1957** |
| **Plaintiff** | : | |
| | : | **(Judge Jones)** |
| **v.** | : | **(Magistrate Judge Symser)** |
| | : | |
| **Margaret HARDEN, Dr. McGlori,** | : | |
| **Dr. Maximo R. Velasco, Jr., Dr. Anthony** | : | |
| **Bussanich, and Dr. Peter J. Terhaar** | : | |

### MOTION FOR LEAVE TO ADMIT COLOMBIA CONSULATE
### TO ATTEND ALL PROCEEDINGS

NOW COMES Manuel Ramos, Plaintiff by his counsel, Andrew J. Ostrowski, Esquire who

respectfully moves this Court for Leave to Admit the Colombia Consulate to attend all proceedings

and in support thereof, avers as follows.

1.    Plaintiff is a national of Colombia, and as a foreign national, has certain rights and privileges

pursuant to Article 36 of the Vienna Convention on Consular Relations of April 24, 1963,

United Nations No. 8638, which provides in pertinent part:

> "1. With a view to facilitating the exercise of consular functions
> relations to nationals of the sending State: * * * (c) consular officers
> shall have the right to visit a national of the sending State who is in
> prison, custody or detention, to converse and correspond with him
> and to arrange for his legal representation. They shall also have the
> right to visit any national of the sending State who is in prison,
> custody or detention in their district in pursuance of a judgment. * *
> *."

2.    Plaintiff has contacted the Colombian Consulate pursuant to his rights and privileges under Article 36.

3.    The Colombian Consulate Legal Attache has requested that the Colombian Consulate and its U.S. legal counsel be granted leave to attend all depositions, trial and related proceedings.

4.    Counsel for the Defendants have no objection to the requests of the Colombian Consulate Legal Attache.

WHEREFORE, Plaintiffs moves this Court for leave to admit the Colombian Consulate Legal Attache and domestic counsel to the Colombian Consulate to attend all depositions and proceedings related to this matter and to otherwise exercise all rights and privileges pursuant to Article 36, 1(c) of the Vienna Convention on Consular Relations of April 24, 1963, United Nations No. 8638, and such other and additional relief as may be just and proper.

Dated: April 18, 2003                    Respectfully submitted,

Andrew J. Ostrowski, Esq.
BAILEY, STRETTON & OSTROWSKI
Pa. Supreme Court. I.D. No. 66420
4311 North Sixth  Street
Harrisburg, PA 17110
717-221-9500
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I, Andrew J. Ostrowski, Esq. do hereby certify that on the date undersigned, I caused to be served

on the following persons, a true and correct copy of this matter as provided below to:

### FIRST CLASS MAIL, POSTAGE PREPAID:

Michael Thiel, Esquire
Assistant U.S. Attorney
316 Federal Building
240 West Third Street
Williamsport, PA 17703

Patrick O'Connell, Esquire
Saba Endler & Associates, L.L.P.
106 West Front Street
Berwick, PA 18603

Yohanna Warticovschi
Consulate Legal Attache
Consulate of the Republic of Colombia
10 East 46th Street
New York, New York 10017

Dated: April 18, 2003                    Respectfully submitted,

Andrew J. Ostrowski, Esq.
BAILEY, STRETTON & OSTROWSKI
Pa. Supreme Court. I.D. No. 66420
4311 North Sixth  Street
Harrisburg, PA 17110
717-221-9500
ATTORNEY FOR PLAINTIFF