## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Manuel RAMOS** | : | **No. 1:CV-00-1957** |
| **Plaintiff** | : | |
| | : | **(Judge Jones)** |
| **v.** | : | **(Magistrate Judge Symser)** |
| | : | |
| **Margaret HARDEN, Dr. McGlori,** | : | |
| **Dr. Maximo R. Velasco, Jr., Dr. Anthony** | : | |
| **Bussanich, and Dr. Peter J. Terhaar** | : | |

### ORDER

AND NOW this _____ day of March, it is hereby ORDERED that the

Colombian Consulate Legal Attache and local counsel for the Colombian Consulate, New York,

New York, or any such other legal officer(s) as may be designated from time to time by the Republic

of Colombia be granted leave to attend all depositions and other proceedings in this case and shall

be served courtesy copies of all matters filed by counsel and otherwise exercise all rights and

privileges pursuant to Article 36 of the Vienna Convention on Consular Relations of April 24, 1963,

United Nations No. 8638.


_____
Andrew J. Smyser
U.S. Magistrate Judge


1