```
                    UNITED STATES DISTRICT COURT
                FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


MANUEL RAMOS,                       :   CIVIL NO. 1:00-CV-1957
                                    :
          Plaintiff                 :   (Judge Jones)
                                    :
     v.                             :   (Magistrate Judge Smyser)
                                    :
MARGARET HARDEN, DR. MCGLORI,       :
DR. MAXIMO R. VELASCO, JR.,         :
DR. ANTHONY BUSSANICH, and          :
DR. PETER J. TERIHAAR,              :
                                    :
          Defendants                :
```

**ORDER**

The plaintiff has filed a Motion for Leave to Admit Columbia Consulate to Attend All Proceedings (Doc. 64).

No brief in support of this motion has been filed. The motion contains counsel's statement that concurrence in the motion has been sought and obtained from the defendants' counsel.

**IT IS ORDERED** that the motion is **GRANTED**.

                                        */s/ J. Andrew Smyser*
                                          J. Andrew Smyser
                                          Magistrate Judge

Dated:   May 28, 2003.