OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS

**FILED**
HARRISBURG, PA

JUN 1 0 2003

MARY E. D'ANDREA, CLERK
Per _____
        Deputy Clerk

00 civil
1957

8122647000

☐ RETURN TO SENDER
☐ MOVED, LEFT NO ADDRESS
☐ NOT ACCEPTABLE
☐ NOT FORWARDABLE
☐ NEED CORRECT NAME & NUMBER

05-28-03

U.S.P.

Neopost
≋0370≋

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MANUEL RAMOS, | : | **CIVIL NO. 1:00-CV-1957** |
| | : | |
| Plaintiff | : | (Judge Jones) |
| | : | |
| v. | : | (Magistrate Judge Smyser) |
| | : | |
| MARGARET HARDEN, DR. MCGLORI, | : | |
| DR. MAXIMO R. VELASCO, JR., | : | |
| DR. ANTHONY BUSSANICH, and | : | |
| DR. PETER J. TERIHAAR, | : | |
| | : | |
| Defendants | : | |

## ORDER

The plaintiff has filed a Motion for Leave to Admit Columbia Consulate to Attend All Proceedings (Doc. 64).

No brief in support of this motion has been filed. The motion contains counsel's statement that concurrence in the motion has been sought and obtained from the defendants' counsel.

**IT IS ORDERED** that the motion is **GRANTED**.

*/s/ J. Andrew Smyser*
J. Andrew Smyser
Magistrate Judge

Dated:   May 28, 2003.

Case No: 1:00-cv-01957-JAS    Document No: 65, User: rw, 1 Copy Printed: May, 28, 2003
11:09 AM


Manuel  Ramos
USP-FL
R37563-053
P.O. Box 7000
Florence, CO 81226