# ORIGINAL

*2 to mas of Smyse.*

FILED
HARRISBURG

### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

JUN 1 2 200?

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

| | | |
|---|---|---|
| **Manuel RAMOS** | : | **No. 1:CV-00-1957** |
| **Plaintiff** | : | |
| | : | **(Judge Jones)** |
| **v.** | : | **(Magistrate Judge Smyser)** |
| | : | |
| **Margaret HARDEN, Dr. McGlori,** | : | |
| **Dr. Maximo R. Velasco, Jr., Dr. Anthony** | : | |
| **Bussanich, and Dr. Peter J. Terhaar** | : | |

## MOTION TO WITHDRAW AS COUNSEL

AND NOW, comes Plaintiff's Counsel, Andrew J. Ostrowski, on his own behalf, and requests leave of Court to withdraw as Counsel, and in support thereof, avers as follows:

1.    Undersigned Counsel entered his appearance after being solicited by the Middle District pro bono panel to accept the case.

2.    Central to this case are allegations that Plaintiff's right hand has been permanently injured by the failure of Defendants to provide timely treatment for, then conducting "experimental" surgery on, an injury to Plaintiff's right hand suffered during an altercation with another inmate and a guard, and central to Plaintiff's ability to recover in this case is Plaintiff's ability to offer competent expert support for the existence, nature, cause, and continuing effect of Plaintiff's injuries.

3.     Plaintiff's Counsel is not financially able to incur the burden and expense of procuring the expert services that are necessary to adequately represent Plaintiff, and Counsel therefore seeks leave to withdraw.  Counsel has consulted Plaintiff as to the basis of his request.

4.     While this Motion is filed on the eve of the close of discovery, and months after Counsel originally entered his appearance, Plaintiff has not been prejudiced by the mere passage of time, and Counsel for Defendants have indicated their willingness to again extend discovery and other deadlines in order to allow Plaintiff to secure additional Counsel.

WHEREFORE, Plaintiff respectfully requests that this Court enter an appropriate Order allowing Counsel for Plaintiff to withdraw from this case.

Respectfully submitted,

Andrew J. Ostrowski, Esq.
BAILEY, STRETTON & OSTROWSKI
Pa. Supreme Court. I.D. No. 66420
4311 North Sixth  Street
Harrisburg, PA 17110
717-221-9500

## CERTIFICATE OF NONCONCURRENCE

I, Andrew J. Ostrowski, hereby certify that Counsel for Defendants do not concur in the

foregoing motion.

_____
Andrew J. Ostrowski, Esquire

June 12, 2003

# CERTIFICATE OF SERVICE

I, Andrew J. Ostrowski, hereby certifiy that the foregoing document is being served by first-class mail, addressed as follows:

Michael Thiel, Esquire
Assistant United States Attorney
U.S. Attorney's Office for the Middle District of Pennsylvania
Federal Building
P.O. Box 309
Scranton, PA 18501

Patrick O'Connell, Esquire
Suite 113
Park Building
400 Third Avenue
Kingston, PA 18704-5816

Andrew J. Ostrowski

June 12, 2003