# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Manuel RAMOS** | : | **No. 1:CV-00-1957** |
| **Plaintiff** | : | |
| | : | **(Judge Jones)** |
| **v.** | : | **(Magistrate Judge Smyser)** |
| | : | |
| **Margaret HARDEN, Dr. McGlori,** | : | |
| **Dr. Maximo R. Velasco, Jr., Dr. Anthony** | : | |
| **Bussanich, and Dr. Peter J. Terhaar** | : | |

## <u>ORDER</u>

NOW, this ____ day of June, 2003, upon consideration of Plaintiff's Counsel's Motion to

withdraw as Counsel, it is hereby Ordered that his Motion is granted.


By the Court,


_____

Magistrate Judge J. Andrew Smyser