```
              UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


MANUEL RAMOS,                    :   CIVIL NO. 1:00-CV-1957
                                 :
          Plaintiff              :   (Judge Jones)
                                 :
     v.                          :   (Magistrate Judge Smyser)
                                 :
MARGARET HARDEN, DR. MCGLORI,    :
DR. MAXIMO R. VELASCO, JR.,      :
DR. ANTHONY BUSSANICH, and       :
DR. PETER J. TERIHAAR,           :
                                 :
          Defendants             :
```

**ORDER**

Upon consideration of the Motion to Withdraw as Counsel for Plaintiff in the above-mentioned case and any response thereto, **IT IS ORDERED** that said motion (Doc. 67) is **DENIED** without prejudice.  Pursuant to LR 83.15, leave to withdraw will be granted upon the entry of an appearance of other counsel on behalf of the plaintiff.

                              */s/ J. Andrew Smyser*
                                J. Andrew Smyser
                                Magistrate Judge

Dated:  June 19, 2002.