UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MANUEL RAMOS, | : | CIVIL NO. 1:-CV-00-1957 |
| Plaintiff | : | (Judge Jones) |
| v. | : | (Magistrate Judge Smyser) |
| MARGARET HARDEN,<br>DR. MCGLORI,<br>DR. MAXIMO R. VELASCO, JR.,<br>DR. ANTHONY BUSSANICH,<br>and DR. PETER J. TERHAAR, | : | JURY TRIAL DEMANDED |
| Defendants | : | |

### ORDER

AND NOW, this _____ day of _____, 2003, upon consideration of Plaintiff's counsel's Motion to Withdraw as Counsel, and Defendant, Dr. Terhaar's Response, it is hereby ORDERED that this Motion is DENIED.

BY THE COURT:

_____
MAGISTRATE JUDGE J. ANDREW SMYSER