TAM:GMT:mel:2002V00410

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MANUEL RAMOS,** | : | |
| | : | |
| Plaintiff | : | CIVIL NO. 1:CV-00-1957 |
| v. | : | |
| | : | (Jones, J.) |
| **MARGARET HARDEN, DR. MIGLORI,** | : | (Smyser, M.J.) |
| **DR. MAXIMO R. VELASCO, JR.,** | : | |
| **DR. ANTHONY BUSSANICH, and** | : | |
| **DR. PETER J. TERIHAAR,** | : | |
| | : | **FILED ELECTRONICALLY** |
| Defendants | : | |

**FEDERAL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants United States of America, Bussanich, and Velasco, move this Court to enter summary judgment in their favor pursuant to Fed. R. Civ. P. 56(b).  A brief in support of this motion has been filed in accordance with M.D. Pa. Local Rule 7.5.

Counsel certifies that his Office has contacted plaintiff's counsel, Andrew J. Ostrowski, for his concurrence or nonconcurrence in this motion in accordance with M.D. Pa. Local

Rule 7.1. Attorney Ostrowski does not concur in defendants' motion.

                                          Respectfully submitted,

                                          THOMAS A. MARINO
                                          United States Attorney

                                          <u>s/G. Michael Thiel</u>
                                          G. MICHAEL THIEL
                                          Assistant U.S. Attorney
                                          Atty. I.D. No. 72926
                                          MICHELE E. LINCALIS
                                          Paralegal Specialist
                                          316 Federal Building
                                          240 West Third Street
                                          Williamsport, PA 17701
                                          Phone:  570-348-2800
                                          Facsimile: 570-348-2830

Date: July 15, 2003

```
               UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| **MANUEL RAMOS,** | : | |
|     Plaintiff | : | |
| | : | |
|     v. | : | Civil No. 1:CV-00-1957 |
| | : | (Jones, J.) |
| **MARGARET HARDEN, Warden,** | : | (Smyser, M.J.) |
| **et al.,** | : | |
|     Defendants | : | **ELECTRONICALLY FILED** |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That on July 15, 2003, she served a copy of the attached

### FEDERAL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Williamsport, Pennsylvania.

Addressee:

Andrew J. Ostrowski, Esquire
BAILEY, STRETTON & OSTROWSKI
4311 North Sixth Street
Harrisburg, PA 17110

Patrick T. O'Connell, Esquire
SABA, ENDLER & ASSOCIATES, L.L.P.
106 West Front Street
Berwick, PA 18603

                                            s/ Michele E. Lincalis
                                            MICHELE E. LINCALIS
                                            Paralegal Specialist