IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MANUEL RAMOS,** | : | |
| | : | |
| **Plaintiff** | : | CIVIL NO. 1:CV-00-1957 |
| **v.** | : | |
| | : | **(Jones, J.)** |
| **MARGARET HARDEN, DR. MIGLORI,** | : | **(Smyser, M.J.)** |
| **DR. MAXIMO R. VELASCO, JR.,** | : | |
| **DR. ANTHONY BUSSANICH, and** | : | |
| **DR. PETER J. TERIHAAR,** | : | |
| | : | |
| **Defendants** | : | |

## O R D E R

**NOW,** this _____ day of _____, 2003, upon consideration of the federal defendants' motion for summary judgment, **IT IS HEREBY ORDERED THAT** the motion is granted with a certification that any appeal shall be deemed frivolous, lacking in probable cause and not taken in good faith.

_____
JOHN E. JONES, III
United States District Judge