TAM:GMT:mel:2002V00410

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MANUEL RAMOS,** | : | |
| | : | |
| Plaintiff | : | CIVIL NO. 1:CV-00-1957 |
| v. | : | |
| | : | (Jones, J.) |
| **MARGARET HARDEN, DR. MIGLORI,** | : | (Smyser, M.J.) |
| **DR. MAXIMO R. VELASCO, JR.,** | : | |
| **DR. ANTHONY BUSSANICH, and** | : | |
| **DR. PETER J. TERIHAAR,** | : | |
| | : | FILED ELECTRONICALLY |
| Defendants | : | |

## STATEMENT OF FACTS

**Facts Regarding Exhaustion of the Bivens Claim**

    1.  The Bureau of Prisons has established an administrative remedy procedure whereby an inmate can seek formal review of any aspect of his confinement.  28 C.F.R. § 542.10; Exh. 1 (Cunningham Decl.), ¶ 2.

    2.  This procedure ordinarily requires that an inmate first file his complaint at the institution with the Warden.  If the inmate is dissatisfied with the Warden's response, the inmate may appeal to the appropriate Regional Office within twenty calendar days of the Warden's response.  If dissatisfied with the Regional Office's response, the inmate may appeal to the Office of the General Counsel in Washington, D.C., within thirty calendar days

of the signed Regional Director's response.  28 C.F.R. § 542.15(a); Exh. 1, ¶ 2.

    3.  An appeal to the General Counsel is considered the final administrative appeal in the Bureau of Prisons' Administrative Remedy Program.  Id.

    4.  A review of Ramos' administrative remedy log reveals that he has successfully filed twenty-two administrative remedies on a variety of issues while incarcerated with the Bureau of Prisons.  Exh. 1, ¶¶ 3-4; pp. 4-15 (Administrative Remedy Generalized Retrieval).

    5.  He has successfully filed requests for administrative remedy while confined at FCI Fort Dix, New Jersey, FCI Allenwood, USP Allenwood, USP Lewisburg, USP Lompoc, California, and USP Florence, Colorado.  Exh. 1, ¶ 5; pp. 4-15.

    6.  Nineteen of the administrative remedy requests were filed since alleging he injured his thumb in March 1997; however, none of these concerned any use of force allegations which injured his right thumb or the subsequent medical treatment of his right thumb.  Exh. 1, ¶¶ 3-5; pp. 4-15.

    7.  Inmates may request blank copies of the Bureau of Prisons' administrative remedy forms from staff.  Exh. 1, ¶ 6.

    8.  The subject matter of the request and supporting details are completed by the inmate.  Id.

    9.  Ramos had access to at least nineteen administrative remedy forms after the date of his thumb injury, however, he

chose to submit those requests concerning issues other than his thumb injury and subsequent medical care.  Id.

**Facts Regarding Exhaustion of the FTCA Claim**

    10.  On March 15, 1999, nearly two years after the alleged incident which injured his right thumb, Ramos filed an administrative tort claim alleging that staff at FCI Allenwood fractured his right hand on March 25, 1997, and that staff further failed to provide adequate medical treatment for his right hand and delayed needed surgery until January 1999.  Exh. 1, pp. 16-19.

    11.  The administrative tort claim, seeking compensatory damages of $5 million, was denied by the Bureau of Prisons on January 7, 2000.  Id. at p. 18.

    Respectfully submitted,

    THOMAS A. MARINO
    United States Attorney

    s/ G. Micheal Thiel
    G. MICHAEL THIEL
    Assistant U.S. Attorney
    Atty. I.D. No. PA 72926
    MICHELE E. LINCALIS
    Paralegal Specialist
    316 Federal Building
    240 West Third Street
    Williamsport, PA 17703
    Telephone: 570-348-2800
    Facsimile: 570-348-2830

Dated: July 15, 2003

```
            UNITED STATES DISTRICT COURT
           MIDDLE DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| **MANUEL RAMOS,** | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Civil No. 1:CV-00-1957 |
| | : | (Jones, J.) |
| **MARGARET HARDEN, Warden,** | : | (Smyser, M.J.) |
| **et al.,** | : | |
| Defendants | : | **ELECTRONICALLY FILED** |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That on July 15, 2003, she served a copy of the attached

### STATEMENT OF FACTS

by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Williamsport, Pennsylvania.

Addressee:

Andrew J. Ostrowski, Esquire
BAILEY, STRETTON & OSTROWSKI
4311 North Sixth Street
Harrisburg, PA 17110

Patrick T. O'Connell, Esquire
SABA, ENDLER & ASSOCIATES, L.L.P.
106 West Front Street
Berwick, PA 18603

                                                      s/ Michele E. Lincalis
                                                     MICHELE E. LINCALIS
                                                     Paralegal Specialist