U.S.P.

0121L

NONE 6CY 1-CV-00-1957

J. hnase

FLORENCE, CO. 81226, 7-8-03        U.S. COURTHOUSE

OFFCE, OF THE CLERK, YO SOY —

MANUEL RAMOS  CIVIL NO. 1:CV-00-1957

YO LLEGUE, DE VUELTA AGUI COMO A VER CIDO

LA OLDEN del SEÑOR JUES SMYSER, M.J.,

ES TOY CIENDO TRATADO INUMANMENTE

NO ME GUIENEN DE VOLVER MIS PAPELES, —

LEGALES, Y ME TIENEN DURMIENDO SIN COLCHON

EN EL PISO, YO TENGO 99, AÑOS Y TODO ES —

PRE CION POR MI DE MANDA CIVIL YO I SE MI

DE CLARA CION Y YO TENGO TODO EL DE NECHO.

COSTITUCIONAL. A GUE LA CORTE ME DE —

PROTECCION. PARA MI VIDA. NO TENGO COMU

NICACION CON MI RBOGADO. EL NO RESPONDE

MIS CARTAS, POR FAVOL LE PIDO AYUDA ALA

CORTE, POR LES SI CUS TANCIAS GUE ES TOY

PA SANDO. YO AGO RES PONSABLE A LOS, 2

UARDEN DE A GUI EYOS ME GUIENEN OBLIGA

A TENER COMPAÑERO de CELDA. ES PARA GUE ME

MATE Y A SI DE SIR GUE FUE A CIDENTE YO —

ES PERO GU A MABLE, ATEN CION — SEÑORA.

MARY E. De ANDREA. DY POTY CLERK,

GRACIAS  ANTONIO JAIMES AYALA —

Ante A. — M. RAMOS 27563—097

FILED
HARRISBURG, PA
JUL 14 2003
MARY E. D'ANDREA, CLERK
Per

ANTONIO JAIMES AYALA
a.k.a.
NAME: M. RAMOS
REG. NO. 37263-079
U.S. PENITENTIARY
P.O. BOX 7000
FLORENCE, CO. 81226

LEGAL

FILED
HARRISBURG PA
JUL 14 2003
MARY E. D'ANDREA, CLERK
Per:

OFFICE OF THE
CLERK,
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENSILVANIA
SANDRA MARY. E.D. ANDREA.
DY POTE CLERK
U.S COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA. 17108
17108098333