# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA
### P.O. BOX 827
### FEDERAL BUILDING
### HARRISBURG, PA 17108-0827

J. ANDREW SMYSER
MAGISTRATE JUDGE

(717) 221-3980
FAX 221-3979

July 16, 2003

Manuel Ramos
37563-053
USP-Florence
P.O. Box 7000
Florence, CO 81226

**FILED**
**HARRISBURG, PA**

JUL 17 2003

MARY E. D'ANDREA, CLERK
Per _____

Re: Ramos v. Harden; 1:CV-00-1957

Mr. Ramos:

    I am in receipt of your letter to the Clerk of Court dated July 8, 2003. Pursuant to Rule 7(b) of the Federal Rules of Civil Procedure an application to the court for an order must be made by a written motion. Your letter does not comply with the Federal Rules, and no action will be taken on your letter.

Sincerely,

Melissa Sayres
Law Clerk to Magistrate
Judge Smyser

cc: Andrew J. Ostrowski, Esquire
    G. Thiel, Esquire
    Patrick T. O'Connell, Esquire