# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MANUEL RAMOS,** | : | **CIVIL NO.: 1:00-CV-1957** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **MARGARET HARDEN, DR. MCGLORI,** | : | **(Magistrate Judge Smyser)** |
| **DR. MAXIMO R. VELASCO, JR.,** | : | |
| **DR. ANTHONY BUSSANICH, and** | : | |
| **DR. PETER J. TERHAAR,** | : | |
| **Defendants.** | : | |

## ORDER

NOW, this _____ day of _____, 2003, upon consideration of Plaintiff's Motion

pursuant to Rule 56(f), it is hereby ORDERED that: 1) Plaintiff is granted an enlargement of time,

until _____, 2003 within which to respond to Defendants' Motions for Summary

Judgment; 2) Plaintiff's request for fees to secure an expert witness is approved in the amount of

$_____; and 3) Defendants shall produce to Plaintiff their initial disclosures within _____ days

of the date of this Order.

By the Court,


_____
J. Andrew Smyser
Magistrate Judge