```
                    UNITED STATES DISTRICT COURT
                FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


MANUEL RAMOS,                       :    CIVIL NO. 1:00-CV-1957
                                    :
           Plaintiff                :
                                    :
     v.                             :    (Magistrate Judge Smyser)
                                    :
DR. MAXIMO R. VELASCO, JR.,         :
DR. ANTHONY BUSSANICH,              :
DR. PETER J. TERHAAR, and           :
THE UNITED STATES OF AMERICA,       :
                                    :
           Defendants               :
```

**ORDER**

    **IT IS ORDERED** that the plaintiff's "Motion Pursuant to Rule 56(f) to Stay Plaintiff's Response to Defendants' Motion for Summary Judgment, to Request Appointment of an Expert Witness, and to Direct Defendants to Provide Plaintiff with Defendants' Disclosures" (doc. 48) is **GRANTED** in part and **DENIED** in part.  **IT IS ORDERED** that the plaintiff is granted an extension of time until August 25, 2003 within which to respond to defendants' motions for summary judgment, that the plaintiff's request for fees to secure an expert witness is **DENIED** without prejudice to an application pursuant to Standing Order 01-1, and that the defendants shall make initial disclosures to the plaintiff as required by Rule 26 of the Federal Rules of Civil Procedure on or before August 11, 2003.

```
                                        /s/ J. Andrew Smyser
                                        J. Andrew Smyser
                                        Magistrate Judge
DATED: July 24, 2003.
```