TAM:GMT:mel:2002V00410

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MANUEL RAMOS, | : |
| | : |
| Plaintiff | :   CIVIL NO. 1:CV-00-1957 |
| v. | : |
| | :   (Jones, J.) |
| MARGARET HARDEN, DR. MIGLORI, | :   (Smyser, M.J.) |
| DR. MAXIMO R. VELASCO, JR., | : |
| DR. ANTHONY BUSSANICH, and | : |
| DR. PETER J. TERIHAAR, | : |
| | :   FILED ELECTRONICALLY |
| Defendants | : |

DEFENDANTS' EXHIBIT IN RESPONSE
TO THE COURT'S ORDER OF JULY 24, 2003

THOMAS A. MARINO
United States Attorney

s/ G. Micheal Thiel
G. MICHAEL THIEL
Assistant U.S. Attorney
Atty. I.D. No. PA 72926
MICHELE E. LINCALIS
Paralegal Specialist
316 Federal Building
240 West Third Street
Williamsport, PA 17703
Telephone: 570-348-2800
Facsimile: 570-348-2830

Dated: August 11, 2003




**U.S. Department of Justice**

*Thomas A. Marino*
United States Attorney
Middle District of Pennsylvania

EXHIBIT
1

| | | |
|---|---|---|
| *William J. Nealon Federal Building* | *Federal Building* | *Herman T. Schneebeli Federal Building* |
| 235 N. Washington Ave. | 228 Walnut Street | Suite 316 |
| P.O. Box 309 | P.O. Box 11754 | 240 West Third Street |
| Scranton, PA. 18501-0309 | Harrisburg, Pennsylvania 17108-1754 | Williamsport, PA 17701-6465 |
| (570) 348-2800 | (717) 221-4482 | (570) 326-1935 |
| FAX (570) 348-2816/348-2830 | FAX (717) 221-4582/221-2246 | FAX (570) 326-7916 |
| Please respond to this office ☐ | Please respond to this office ☐ | Please respond to this office X |

December 12, 2002

VIA FEDERAL EXPRESS

Andrew J. Ostrowski, Esquire
BAILEY, STRETTON & OSTROWSKI
4311 North Sixth Street
Harrisburg, PA 17110

Re:   RAMOS v. HARDEN
      M.D. Pa. Civil No. 1:CV-00-1957; USDC

Dear Andy:

    Enclosed please find a copy of inmate Manuel Ramos' medical record pursuant to the Court's Order. Please contact me if you have any questions or problems. By copy of this letter, I am also sending a copy of the medical record to Patrick T. O'Connell, Esquire.

                                    Sincerely,

                                    THOMAS A. MARINO
                                    United States Attorney

                                    /s/

                                    MATTHEW E. HAGGERTY
                                    Assistant U.S. Attorney

TAM:MEH:mel
Enclosure
cc:   Patrick T. O'Connell, Esquire

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

MANUEL RAMOS,               :
        Plaintiff           :
                            :
    v.                      :  Civil No. 1:CV-00-1957
                            :  (Jones, J.)
MARGARET HARDEN, Warden,    :  (Smyser, M.J.)
et al.,                     :
        Defendants          :  ELECTRONICALLY FILED

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That on August 11, 2003, she served a copy of the attached

**DEFENDANTS' EXHIBIT IN RESPONSE
TO THE COURT'S ORDER OF JULY 24, 2003**

by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Williamsport, Pennsylvania.

Addressee:

Andrew J. Ostrowski, Esquire
BAILEY, STRETTON & OSTROWSKI
4311 North Sixth Street
Harrisburg, PA 17110

Patrick T. O'Connell, Esquire
SABA, ENDLER & ASSOCIATES, L.L.P.
106 West Front Street
Berwick, PA 18603

                              s/ Michele E. Lincalis
                              MICHELE E. LINCALIS
                              Paralegal Specialist