UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MANUEL RAMOS, | : | CIVIL NO.: 1:00-CV-1957 |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MARGARET HARDEN, DR. MCGLORI,: | | (Magistrate Judge Smyser) |
| DR. MAXIMO R. VELASCO, JR., | : | |
| DR. ANTHONY BUSSANICH, and | : | |
| DR. PETER J. TERHAAR, | : | |
|     Defendants. | : | |

## ORDER

NOW, this ____ day of _____, 2003, upon consideration of Plaintiff's Motion it is hereby ORDERED that: Motion for summary Judgment is DENIED.

By the Court,

_____
J. Andrew Smyser
Magistrate Judge