UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MANUEL RAMOS, | : | CIVIL NO.: 1:00-CV-1957 |
| Plaintiff, | : | |
| | : | |
| v. | : | (Judge Jones) |
| | : | |
| MARGARET HARDEN, | : | |
| DR. MCGLORI, | : | (Magistrate Judge Smyser) |
| DR. MAXIMO R. VELASCO, JR., | : | |
| DR. PETER J. TERHAAR | : | JURY TRIAL DEMANDED |
| Defendants. | : | |

**PLAINTIFF'S COUNTER-STATEMENT OF MATERIAL FACTS IN OPPOSITION TO DEFENDANT TERHAAR'S MOTION FOR SUMMARY JUDGMENT**

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Denied.

                                        Respectfully submitted,

Date: 8/25/03                        s\ Andrew J. Ostrowski, Esquire
                                        PA Id. #: 66420
                                        4311 N. Sixth Street
                                        Harrisburg, PA 17110
                                        717-221-9500
                                        *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

    I, Andrew J. Ostrowski, hereby certify that the foregoing document is being served by first-class mail, addressed as follows:

Michael Thiel, Esquire
Assistant United States Attorney
U.S. Attorney's Office for the Middle District of Pennsylvania
Federal Building
P.O. Box 309
Scranton, PA 18501

Patrick O'Connell, Esquire
Suite 113
Park Building
400 Third Avenue
Kingston, PA 18704-5816

                                      S\ <u>Andrew J. Ostrowski, Esquire</u>

August 25, 2003