UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MANUEL RAMOS, | : | CIVIL NO.: 1:00-CV-1957 |
| Plaintiff, | : | |
| | : | |
| v. | : | (Judge Jones) |
| | : | |
| MARGARET HARDEN, | : | |
| DR. MCGLORI, | : | (Magistrate Judge Smyser) |
| DR. MAXIMO R. VELASCO, JR., | : | |
| DR. PETER J. TERHAAR | : | |
| Defendants. | : | |

**PLAINTIFF'S COUNTER-STATEMENT OF MATERIAL FACTS IN OPPOSITION TO DEFENDANTS, UNITED STATES OF AMERICA, VELASCO, AND BUSSANICH, MOTION FOR SUMMARY JUDGEMENT**

1. Admitted. It is not, however, admitted that Plaintiff's claims were subject to that procedure.

2. Admitted. It is not, however, admitted that Plaintiff's claims were subject to that procedure.

3. Admitted. It is not, however, admitted that Plaintiff's claims were subject to that procedure.

4. Denied. The document does not demonstrate that such claims were "successfully" filed, and approximately half of those claims were rejected because they were not submitted in English. Moreover, Defendants have not provided the actual forms submitted by Plaintiff, and Plaintiff is unable to fully admit or deny Defendants' characterization as to the nature of Plaintiff's submissions.

5. Denied as stated. See preceding response.

6. Denied as stated. See preceding response.

7. Admitted. It is not, however, admitted that Plaintiff's claims were subject to that procedure.

8. Admitted. It is not, however, admitted that Plaintiff's claims were subject to that procedure.

9. Denied. Defendants have not provided the actual forms submitted by Plaintiff, and Plaintiff is unable to fully admit or deny Defendants' characterization as to the nature of Plaintiff's submissions.

10. Admitted.

11. Admitted.

                                          Respectfully submitted,

Date: August 25, 2003               s\Andrew J. Ostrowski, Esquire
                                          PA Id. #: 66420
                                          4311 N. Sixth Street
                                          Harrisburg, PA 17110
                                          717-221-9500
                                          *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

    I, Andrew J. Ostrowski, hereby certifiy that the foregoing document is being served by first-class mail, addressed as follows:

Michael Thiel, Esquire
Assistant United States Attorney
U.S. Attorney's Office for the Middle District of Pennsylvania
Federal Building
P.O. Box 309
Scranton, PA 18501

Patrick O'Connell, Esquire
Suite 113
Park Building
400 Third Avenue
Kingston, PA 18704-5816

                                              S\ <u>Andrew J. Ostrowski</u>

August 25 , 2003