03/02/98  Manuel Ramos  37563-053

Manuel is a 54 year old Hispanic male who injured his right thumb while incarcerated at Allenwood facility eight to nine months ago. Apparently he was wrestled down to the floor by a guard and there was a jamming type of injury to the involved digit. He complained of significant pain ever since. He was recently evaluated by the PA on 2-9-98 and a radiograph did reveal an avulsion fracture involving the distal metacarpal at the ulnar collateral ligament attachment. Orthopedic consultation was appropriately ordered. On the chart the injury was dated as back in 1996.

On physical examination, there was exquisite tenderness over the ulnar collateral ligament insertion on the metacarpal head, with a positive 2+ radial stress test. He has full range of motion of the involved metacarpal phalangeal joint.

Review of the radiograph revealed an avulsion fraction involving the ulnar aspect of the metacarpal head.

Impression: 1. Gamekeeper's thumb with Grade III injury to the ulnar collateral ligament.

Plan: With a Grade III injury, there is incarcerated adductor pollucis muscle underneath the ulnar collateral ligament. Therefore, surgical reattachment is indicated. Therefore, we would prefer to use suture anchors, and would create a bony trough in the metacarpal head for repair, extricating the adductor muscle. The risks were discussed fully with the patient, including the risk of postoperative stiffness, infection, nerve and artery damage. The patient does work as an orderly, and this does involve significant physical work, which would be difficult to perform with this current condition. PJT/mew

cc: Dr. Velasco            *[signature]* DO.

EXHIBIT "A"