TAM:GMT:mel:2002V00410

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MANUEL RAMOS,                        :
                                     :
                    Plaintiff        :    CIVIL NO. 1:CV-00-1957
          v.                         :    (Smyser, M.J.)
                                     :
MARGARET HARDEN, DR. MIGLORI,  :
DR. MAXIMO R. VELASCO, JR.,    :
DR. ANTHONY BUSSANICH, and     :
DR. PETER J. TERIHAAR,         :
                                     :    FILED ELECTRONICALLY
                    Defendants       :

## EXHIBITS TO REPLY BRIEF IN SUPPORT OF THE FEDERAL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

THOMAS A. MARINO
United States Attorney

s/ G. Michael Thiel
G. MICHAEL THIEL
Assistant U.S. Attorney
Atty. I.D. No. PA 72926
MICHELE E. LINCALIS
Paralegal Specialist
316 Federal Building
240 West Third Street
Williamsport, PA 17703
Telephone: 570-348-2800
Facsimile: 570-348-2830
Email: mike.thiel@usdoj.gov

Date: September 5, 2003



EXHIBIT

1

BP-S149.060 **MEDICAL RECORD OF FEDERAL PRISONER IN TRANSIT** CDFRM
JUL 96
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

---

**TB Clearance**

PPD Completed: _____
Date

Results: _____ mm

Interpreted as: **Positive**
(Positive or Negative)

CXR Completed: 5-30-00
(Date)

Results: Negative

Note: Date(s) listed above must be within one year of this transfer.

No inmate may be transferred to any BOP facility unless either PPD or CXR results are satisfactory for medical clearance.

Name: RAMOS, Manuel                    Reg. No. 37563-053

Departed From: MCFP, Springfield, MO    Date Departed: 6-21-00

Destination: TRF USP FLP VIA OKL BUS    Reason for Transfer: Treatment Completed
             Name of Institution

Special Instructions: Blood and Body Fluid Precautions – Assess for Chronic Care Clinic

Requires annual chest x-rays – DUE 5-01

Diagnoses: 1. Carpal tunnel syndrome    4. Positive PPD

2. _____    5. _____

3. _____    6. _____

**MEDICATION FOR CARE ENROUTE**

| Medication | Dose | Route | Instructions for Use (Include proper time for administering) | Stop |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Signature of Certifying Medical Staff Member | Title | Date Signed |
|---|---|---|
| _Thomas Hare, D.O._ | Staff Physician | 6-19-00 |

**PROGRESS NOTES ENROUTE**

| Date | Time | Institution | Symptoms, Findings, Medications, Treatment, Order, Etc. |
|---|---|---|---|

Federal Transfer Center
Oklahoma City, OK JUN 2 1 2000
Date_____
Medication:      Yes ✓ No
Hot Meds:        Yes ✓ No
Meds Issued:     Yes ✓ No
Lice Seen:       Yes ✓ No

Signature & Stamp
**Todd Genzer**
**Clinical Nurse**
**FTC, Oklahoma City, OK**

Food or Drug Allergies:
NKA; Allergies: _____

Current Medical Status:
No Complaints; Complaint of _____

TB Signs and Symptom (s): NONE ;
cough, hemoptysis, night sweats, wt. loss

Attach SF-600 if additional space is required.

Record copy - Transporting Officer; Copy - Health Record (Top page, Position one); Copy - Transferring institution

(This form may be replicated via WP)                    This form replaces BP-149.060 and BP-S149.060 dtd Nov 1994

| 1. Institution FCI ALM | 2. Name of Injured RAMOS, MANUEL | 3. Register Number 37563-053 |
|---|---|---|

| 4. Injured's Duty Assignment PLUMBING | 5. Housing Assignment 4B | 6. Date and Time of Injury 3-26-97  1035 |
|---|---|---|

| 7. Where Did Injury Happen (Be specific as to location) 4B | Work Related? ☐ Yes ☒ No | 8. Date and Time Reported for Treatment 3-26-97  1040 |
|---|---|---|

**9. Subjective:** (Injured's Statement as to How Injury Occurred)(Symptoms as Reported by Patient)

PT. WAS INVOLVED IN AN ALTERCATION WITH ANOTHER INMATE.

_Signature of Patient_

EXHIBIT
2

**10. Objective:** (Observations or Findings from Examination)   X-Rays Taken _____   Not Indicated ☒
X-Ray Results

ABRAISON TO LEFT SIDE OF NECK ABOUT 3" LONG AND 1" WIDE. NO OTHER INJURIES NOTED.

**11. Assessment:** (Analysis of Facts Based on Subjective and Objective Data)

AS ABOVE.

**12. Plan:** (Diagnostic Procedures with Results, Treatment and Recommended Follow-up)

NO TX NEEDED.

**13. This Injury Required:**

☒ a. No Medical Attention

☐ b. Minor First Aid

☐ c. Hospitalization

☐ d. Other (explain)

_____

_____

☐ e. Medically Unassigned

☐ f. Civilian First Aid Only

☐ g. Civilian Referred to
Community Physician   MANENKOFF

_N. Manenkoff/PAC_
Signature of Physician or Physician Assistant

_Self Carboned Form – If ballpoint pen is used, **PRESS HARD**_

Original – Medical File
Canary – Safety
Pink – Work Supervisor (Work related only)
Goldenrod – Correctional Supervisor

USP LVN

BP-362(60)
FEBRUARY 1986

EXHIBIT
3

NSN 7540-00-634-4176

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

2/10/97
1030

Focal erythema, hotness and tenderness of the big toe of it feet

(S) Arthralgia RIO gout

(P) - Indocin 25 mg PO II tid for 3 day ⌀ ordered
then 25mg II tid for week ⌀ ordered #54

- Pt educated plenty fluid, no red meat
- Blood chem for uric acid
- RTC PRN

Young Mikkel PA
Young Mikkel

---

3-26-97
1050

## BP-362 (INMATE INJURY REPORT) COMPLETED ON THIS DATE.

R. Wasenhoff PAC

| Date | Inmate Name | Ramos | B104 | Register Number |
|---|---|---|---|---|
| Time | | | | 37563-053 |

S  C/O about swelling on his Rt thumb after trauma for the last 15 days

O  Localized tenderness on the proximal interphalangeal joint of Rt thumb, swelling of the joint all around

A  Sprain in joint, bursitis

P  - Ibuprofen 600 mg tabs tid PO x 30
   - Keflex 250 mg q6d PO x 40
   xray for joint

Provider  Young Mikkel PA
Y. Mikkel

Rx
2/600
2/60/
/tf

USP LVN

**Federal Bureau of Prisons**

Previous editions not usable

BP-355(60) January 1981

FCI - ALLENWOOD
PO Box 2500
White Deer PA. 17887

Ramos, Manuel

| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
|---|---|---|
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. 37563-653 | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

BP-S149.060 MEDICAL RECORD OF FEDERAL PRISONER IN TRANSIT CDFRM
JUL 96
U.S. DEPARTMENT OF JUSTICE                          FEDERAL BUREAU OF PRISONS

| TB Clearance | Name: RAMOS, MANUEL | Reg. No. 37563-053 |
|---|---|---|
| PPD Completed: 9-5-93 | Departed From: FCI Allenwood | Date Departed: 5-21-97 |
| Date | | |
| Results: 15 mm | Destination: USP Allenwood | Reason for Transfer: Non Medical |
| Interpreted as: Pos | Name of Institution | |
| (Positive or Negative) | | |
| CXR Completed: 10-10-96 | Special Instructions: Blood and Body Fluid Precautions | |
| (Date) | | |
| Results: Normal | | |

Note: Date(s) listed above must be within one year of this transfer.

Diagnoses: 1. HYPERLIPIDEMIA        4.
                2. ⊕ PPD              5.

No inmate may be transferred to any BCP facility unless either PPD or CXR results are satisfactory for medical clearance.

                3.                    6.

MEDICATION FOR CARE ENROUTE  ( NKDA )

| Medication | Dose | Route | Instructions for Use (Include proper time for administering) | Stop |
|---|---|---|---|---|
| GEMFIBROZIL | 600g | ORAL | take pill twice daily at 0700 + 1900 → To USP only — meds not sent with patient | no mo 5-76.B |
| | | | | |
| | | | | |
| | | | | |

Signature of Certifying Medical Staff Member: (K) MAYSHOCK    Title: PA-C    Date Signed: 5/20/97

PROGRESS NOTES ENROUTE

| Date | Time | Institution | Symptoms, Findings, Medications, Treatment, Order, Etc. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Attach SF-600 if additional space is required.

Record copy - Transporting Officer; Copy - Health Record (Top page, Position one); Copy - Transferring institution

(This form may be replicated via WP)          This form replaces BP-149.060 and BP-S149.060 dtd Nov 1994

## INTAKE SCREENING (CONTINUED)

PRESENT SUICIDAL IDEATIONS (IF YES – REQUIRE IMMEDIATE EVALUATION/DOCUMENTATION):

IS THERE EVIDENCE OF LICE (IF YES – INMATE MUST BE ISOLATED AND PROPERLY TREATED):

DUTY/HOUSING RESTRICTIONS:

SIGNATURE/BLOCK STAMP:

A. BETANCES, PA
USP ALLENWOOD

RETURN THIS FORM WITH ALL MEDICAL RECORDS INTO THE MEDICAL RECORD DEPARTMENT. THESE FORMS AND MEDICAL RECORDS WILL BE REVIEWED WITHIN ONE WORKING DAY AFTER ARRIVAL.

REVIEWED BY MEDICAL RECORD DEPARTMENT ON: 5-23-97

REVIEWED BY: KMCCoy

REVIEWED BY AHSA/HSA/CLINICAL DIRECTOR ON: 5/23/97

RECOMMENDATIONS: To be placed in Infectious Disease + HTN Clinics

ANY DISABILITY ASSIGNMENTS (SPEECH IMPAIRMENT/HEARING IMPAIRMENT/VISION IMPAIRMENT/MISSING EXTREMITY/NONPARALYTIC ORTHOPAEDIC IMPAIRMENT/PARTIAL PARALYSIS/COMPLETE PARALYSIS/OTHER PHYSICAL IMPAIRMENT/DISFIGUREMENT):

REVIEWED BY:

Roberto Martinez, AHSA, PA
USP Allenwood

600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |

### INTAKE SCREENING REPORT

5/21/97
1540

DATE/TIME:

BP-149 "MEDICAL RECORD OF FEDERAL PRISONER IN TRANSIT" REVIEWED (IF NO, WHY NOT): yes

BP-360 "MEDICAL HISTORY" REVIEWED (DOCUMENT ON BP-360 THAT YOU REVIEWED): yes

| MEDICAL DIAGNOSIS: | CHRONIC CARE CLINIC: (CIRCLE YES / NO) |
|---|---|
| (1) Hyperlipedemia | |
| (2) PPD(+) treated | |
| (3) | |
| (4) | |
| (5) | |

LIST DOCUMENTED PPD TEST (DOCUMENT DATE, POSITIVE OR NEGATIVE, IF POSITIVE IS THERE EVIDENCE OF TREATMENT; IF NO PRIOR PPD – PPD MUST BE PROVIDED WITHIN TWO WORKING DAYS): 9/5/97 15mm (+) treated INH x 6m.

MEDICATIONS:
(1) Gemfibrozil 600mg bic (Gm informed CXR 10/10/96 to take meds)
(2)
(3)
(4)
(5)
(6)

ALLERGIES: NKDA

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

| RECORDS MAINTAINED AT: | USP ALLENWOOD, WHITE DEER, PA 17887 | | |
|---|---|---|---|
| PATIENT'S NAME (Last, First, Middle Initial) Ramos, Manuel | | | SEX M |
| RELATIONSHIP TO SPONSOR | STATUS | | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION | |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. 32563-057 | | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| DATE | |
|---|---|
| 6/6/97 | (Continued) |

Extremities : good peripheral pulses

A) ① PPD (+)

② Hyperlipidemia

P) ① SMAC 24

② I/M does not want to take medication for Hyperlipidemia because of previous experience - abdominal pain during those medications.

Instead he wants to control it with diet.

③ RTC in 3 months

*s, K Lee*

SUNG K LEE, M.D.
USP ALLENWOOD

| 6/22/97 1230 hrs. | BP 362 completed & filed at Section VI |
|---|---|

R. REFENDOR
Physician Assistant

| 6/23/97 0950 | PT. DECLINES TO SEE ME 2° PERSONAL LANGUAGE BARRIER    J. PANNELL, PA |
|---|---|

| 6/28/97 1000 | s/ pt returns for followup, after slipping while getting down from his top bunk. |
|---|---|

O/ RR 12/min  Pulse 76/min

Ⓛ hand - minimal swelling and ecchymosis, ROM is full, able to flex & extend. Pulses (+) good capillary filling. X-Ray - ∅ apparent Fx. old injury on the 5th DIP seen.          Cont→

NSN 7540-00-634-4178

600–108

| HEALTH RECORD | | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|---|
| DATE | | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

6/2/97
1000

S/ pt c/o pain on his (R) toe, hx of gout.
O/ BP 120/80   RR 12/min   Pulse 68/min

Heart - WNL

heart - Regular S 1-2 ∅ murmur    Lungs - Clear

Abdomen - Unremarkable

Feet - Tenderness on the big toes specially (R)

mild redress

A/ Possible Gout!

0950 '92   P/ ① Indocin 25mg #30 → PO tid refill

② If not better x 3days Rtn for Uric Acid

test /and possible change of med (allopurinol)

A. Betancel PA
A. BETANCES, PA
USP ALLENWOOD

6/6/97
10:50

PPD Clinic

S) No complaints.

O) Wt. 143 lbs  BP 120/80.  P 84/m  R 15/m  T. 96.8 F

SaO2 : 96 % in room air

HEENT : unremarkable.

Neck : Supple. no lymphadenopathy

Heart : Regular rhythm. no (m)

Lungs : clear to auscultation

abdomen : soft. not distended        (OVER)

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

RECORDS MAINTAINED AT: USP Allenwood PA

PATIENT'S NAME (Last, First, Middle Initial): Ramos, Manuel    SEX: M

RELATIONSHIP TO SPONSOR:    STATUS:    RANK/GRADE:

SPONSOR'S NAME:    ORGANIZATION:

DEPART./SERVICE:  SSN/IDENTIFICATION NO.: 37563-053    DATE OF BIRTH:

CHRONOLOGICAL RECORD OF MEDICAL CARE    STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| DATE | | |
|------|---|---|
| 9 4 97 | | PULMONARY CLINIC     (PPD Clinic) |
| 10:30 | S) | Rt. Knee pain x 1 day |
| | O) | Wt. 141 lbs. BP 120/80 P 85/m R 16/m |
| | | T. 97.5 F   SaO2 : 98 % in room air |
| | | HEENT : Sclera - not icteric |
| | | Neck : Supple. no rigidity |
| | | Lungs : clear to auscultation |
| | | Heart : regular rhythm. no (m) |
| | | abdomen : soft. not distended |
| | | Extremities : no edema both ankles. |

SHU

Rt. Knee — full ROM. good M.S
no swelling : no warmth
mild tenderness on medial collateral
ligament area

| | A) | ① PPD (+) |
|---|----|-----------|
| | | ② Hypercholesterolemia : cholesterol (6/23/97) : 304 |
| | | ③ Rt. Knee sprain |
| 0054972 | P) | ① Motrin 800mg 1 tab. p.o. TID prn #40 . |
| 0054973 | | ② Lescol 40mg 1 cap. p.o. HS . x 3 months |
| | | ③ Lipid profile |
| | | ④ RTC in 3 months |
| | | ⑤ Dietitian clinic |
| | | ⑥ CXR . |

S. K. Lee

SUNG K. LEE, M.D.
USP ALLENWOOD

9/4/97 R/pt inj. chest + R/Sh clr S/4

| 9-12-97 | S. | Pt complain Motrin upset stomach |
|---------|----|----|
| 0841 | | NAD, A+O x 3, ambulatory |
| SHU | A. | s/p R knee sprain |
| 0055320 | | · Tylenol 325 mg — UAD #1 bottle · RTSC prn |

DIANE SCHANTZ, PA-C
USP ALLENWOOD

NSN 7540-00-334-4176                                                                                           600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |

| | |
|---|---|
| Cont | A.) Contusion ® hand |
| 6/23/97 | P ① Indocin 25mg #30 ↑ PO t.i.d p.r.n Refill 1 |
| 0051657 | *A. Betances* |
| 1/24/97 | R/ pt ind xbay #1 (NSA①) |
| | ↑ Kikh to RPh |
| | A. BETANCES<br>Physician Assistant |
| | |
| 8-1-97 | S. Pt c/o pain ® thumb after 3-26-97 altercation |
| 1100 | O. ® thumb : ⊕ deformity, ⊕ tenderness, |
| | - limited exam due to lang. barrier |
| | A. ® thumb pain |
| | P. • Offered pain meds but refuses them |
| | • X-ray thumb |
| | • referral to ortho |
| | |
| | Schantz<br>DIANE SCHANTZ, PA-C<br>USP ALLENWOOD |
| | |
| 8-25-97 | Adm note: See BP 362 - nothing found |
| 1715 | |
| | Schantz<br>DIANE SCHANTZ, PA-C<br>USP ALLENWOOD |

PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)*

RECORDS MAINTAINED AT: ► USP Allenwood PA

PATIENT'S NAME *(Last, First, Middle Initial)*  Ramos Manuel        SEX

RELATIONSHIP TO SPONSOR        STATUS        RANK/GRADE

SPONSOR'S NAME        ORGANIZATION

DEPART./SERVICE    SSN/IDENTIFICATION NO.   39563 - 059        DATE OF BIRTH

CHRONOLOGICAL RECORD OF MEDICAL CARE        STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

MSN 7540-00-334-4173

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
| --- | --- |

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
| --- | --- |
| 9-12-97 1400 SHU | Adm note: Pt dismissed c̄ Dr. Mitchell. Pt claims his meds make him sick. Pt was changed from motrin to Tylenol but flushed all of his meds down the toilet (as per psych). Pt will be checked on over the weekend. |
| | Diane Schantz, PA-C USP ALLENWOOD |
| 9-16-97 0700 SHU | Adm note: Pt does not want any medication because he claims all of it makes him dizzy and nauseous. |
| | D. Schantz DIANE SCHANTZ, PA-C USP ALLENWOOD |
| 9/23/97 1300 hrs. | I/m refused to be seen by Psychiatrist on Telemedicine |
| | S. K. Lee SUNG K. LEE, M.D. USP ALLENWOOD      R. REFENDOR Physician Assistant |

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

| RECORDS MAINTAINED AT: | ▶ | USP Allenwood | |
| --- | --- | --- | --- |
| PATIENT'S NAME (Last, First, Middle Initial) Ramu, Manuel | | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION | |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. 575605-053 | | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE    STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

600-108

BP-S149.060 **MEDICAL RECORD OF FEDERAL PRISONER IN TRANSIT** CDFRM
JUL 96
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TB Clearance | |
|---|---|
| PPD Completed: 4-95 | Name: Ramos, Manuel    Reg. No. 37563-053 |
| Date | Departed From: ALD    Date Departed: 11-7-97 |
| Results:           mm | 10 e5 |
| Interpreted as: NCS | Destination: LEW    Reason for Transfer: non-med |
| (Positive or Negative) | Name of Institution |
| CXR Completed: 11-7-97 | Special Instructions: Blood and Body Fluid Precautions |
| (Date) | NKDA |
| Results: Normal Dm | |

Note: Date(s) listed above must be within one year of this transfer.

No inmate may be transferred to any BOP facility unless either PPD or CXR results are satisfactory for medical clearance.

Diagnoses:  1. H/O ⊕PPD - tved    4.
            2. Hypercholesterolemia    5.
            3.                          6.

**MEDICATION FOR CARE ENROUTE**

| Medication | Dose | Route | Instructions for Use (Include proper time for administering) | Stop |
|---|---|---|---|---|
| Fluvastatin/Lescol 0057845 | 40mg | oral | take 1 capsule every day with dinner | 12-3-97 |
| R. SKERDA RPH USP ALLENWOOD | | | | |

| Signature of Certifying Medical Staff Member | Title | Date Signed |
|---|---|---|
| D. Schann | PA-C | 11-7-97 |

**PROGRESS NOTES ENROUTE**

| Date | Time | Institution | Symptoms, Findings, Medications, Treatment, Order, Etc. |
|---|---|---|---|
| | | | |

Attach SF-600 if additional space is required.

Record copy - Transporting Officer; Copy - Health Record (Top page, Position one); Copy - Transferring institution

(This form may be replicated via WP)    This form replaces BP-149.060 and BP-S149.060 dtd Nov 1994


Printed on Recycled Paper

NSN 7540-00-634-4176                                                                    800-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

11-12-97
14:10

Admin note:       MEDICAL RECORD RECEIVED
                  AND REVIEWED

11-13-97      Received from _____ A+P _____           Ser. Medicine cl. ✓
1355          Medical Records Reviewed
              Chronic Care Clinic  ✓ Yes ____ No         Mild's
              Continuation of Meds ✓ Yes ____ No
                                        Maximo Velasco  M.D.
                                        Medical Officer

11/14/97   administration note - Patient was offered Flu shot
1440       Vaccine He agreed.  No allergy to eggs.
8-3        T - 97.6°F.  Pt received O.J.C.C. In Flushed
           He was in good physical condition.
                                        V. Factura PA
                                        Vicarthur R. Factura
                                        Physician Assistant

PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)*

Ramos, Manuel
3 7563-053

| RECORDS MAINTAINED AT: ▶ | | | |
|---|---|---|---|
| PATIENT'S NAME *(Last, First, Middle Initial)* | | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION | |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE       STANDARD FORM 600 (REV. 5-84)
                                           Prescribed by GSA and ICMR
                                           FIRMR (41 CFR) 201-45.505

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |

12-4-97

1235

CHRONIC CARE SPECIALTY CLINIC _Gen. Medicine Cl._

SUBJECTIVE:

a. Chief Complaint: _right thmb pain. Hx of injury at the allenwood._

Review of Current Therapeutic Regimen

1. Compliance With Therapeutic Regimen: _yes_

2. Medication Side Effects: _nal_

3. Previously Ordered Diagnostic Studies: _6-20-97 Abnml Cxide_

OBJECTIVE:

Temp: _96.9_   Pulse: _80_   Resp: _16_   BP: $\frac{131}{79}$   WT: _191_

_HEENT essentially unremkble_
_mucs supple_
_Heart + lngs CTA_
_Extremities no edema_
_No neurological deficit at this time_
_Swelling loss of motion base of right thmb._

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

| RECORDS MAINTAINED AT: | U.S. Penitentiary Lewisburg, P.O. Box 1000, Lewisburg, PA |
|---|---|

| PATIENT'S NAME (Last, First, Middle Initial) _RAMOS MANUEL_ | | SEX |
|---|---|---|
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART./SERVICE Health Services | SSN/IDENTIFICATION NO. _37563 - 053_ | DATE OF BIRTH |

CHRONOLOGICAL RECORD OR MEDICAL CARE    STANDARD FORM 600 (Rev. 5-84)
Prescribed by GSA and ICMR

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|------------------------------------------------------------------------|

**12-6-97**

**Cnt.**

ASSESSMENT

a. Diagnoses: *Hyperlipidemia*

b. Therapeutic Efficacy: *Good*

c. Disease Progression: *nil*

d. Interest In/Capacity To Engage in HPDP Life Style Changes: *Good*

PLAN

a. Patient Education:                          (✓) Etiology, Complications, Prognosis of Condition

   (✓) Patient Responsibilities            ( ) Weight Loss

   (✓) Attaining Ideal Body Weight        (✓) Low Salt, Low Fat, High Fiber Diet

   (✓) Dietary Impact on Condition        (✓) Potential Food-Drug Interactions

   (✓) Medication Mechanism of Action    (✓) Potential Medication Side Effects

   ( ) Medication Alternatives            ( ) Monitoring For Medication Side Effects

   ( ) Medication Dosage/Administration  (✓) Monitoring For Medication Efficacy

   ( ) Stress Management Techniques       ( ) Involvement In Service Groups

   ( ) Involvement In Recreation          ( ) Discontinuation of Tobacco Use

   ( ) Stretching Warm Up/Cool Down       ( ) Muscle Strengthening Work Outs

   ( ) Aerobics/Target Heart Rate         ( ) Sports Injury Rehabilitation

   ( ) Increase Flexibility               ( ) Increase Strength

b. Diagnostic Studies/Consultations: ( ) PPD   ( ) CXR   ( ) Spirometry   ( ) EKG   (✓) Lipids

   ( ) SMA-24   ( ) CBC   ( ) UA   ( ) PSA   ( ) Liver Function   ( ) Therapeutic Drug Level

   ( ) Ophthalmology Consult   ( ) Dietician Consult   ( ) Other:

c. Return to Clinic: *3-9-98*

d. Medications:

*X-ray right hand*

*Pravastatin 20 mg 1 cap ʃd X30 bg refill 2*

*Maximo R. Velasco Jr., M.D.*
Maximo R. Velasco Jr., M.D.
Medical Officer

NSN 7540-00-834-4176                                                                  600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 12/11/97 1600 | ~~NOTICE!!~~ 12/4/97 Fluvostatin 2g ~~The medication ordered on~~ ~~was not picked-up by 12/10/97~~ Returned to stock ~~therefore it was discontinued.~~ will not DC & fill ~~RP~~ ____ Refill if Requested J. Imholte, R.P. |
| ~~1-22-98~~ ~~X-44~~ | ~~Administration Seen by Telmed Dietician~~ ~~Written~~ ____ ~~Maximo R. Velasco Jr., M.D.~~ ~~Medical Officer~~ William Bogler, PA-C ____ wrong chart ____ WILLIAM BOGLER PHYSICIAN ASSISTANT |
| 02-09-98 1340 | S. (R) thumb pain x 8 months duration HPI:- claimed to have injured his (R) thumb during an altercation back in june of 1996 PMH:- noncontributary. O. Deformed (R) thumb which is tender on palpation A. Avulsion fracture at distal metatarsal carpa bone (x-ray) P. Orthopedic Consultation ____ Maximo R. Velasco Jr, M.D. Medical Officer ____ Platin Hilletework Physician Assistant |

| PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint) | | RECORDS MAINTAINED AT: ▶ | | |
|---|---|---|---|---|
| Ramos, Manuel 37563-053 | | PATIENT'S NAME (Last, First, Middle initial) | | SEX |
| | | RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| | | SPONSOR'S NAME | | ORGANIZATION |
| | | DEPART./SERVICE  SSN/IDENTIFICATION NO. | | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE    **STANDARD FORM 600** (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

1

EXHIBIT

4

1          IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

2

3

4    MANUEL RAMOS ,                    :
          Plaintiff

5                               :

6    VS.                  :

7                               :

8    MARGARET HARDEN, Warden,          :
    et al.,                    :
9          Defendants      :

10        WITNESS:  Manuel Ramos

11          DATE:  June 11, 2003, 11:00 a.m.

12      REPORTER:  Jill M. Fry

13

14      LOCATION:  Lewisburg Penitentiary
                Visiting Room
15                Lewisburg, PA

16      COUNSEL:  G. Michael Thiel, Esquire
                Assistant U.S. Attorney
17                and
                Michele Lincalis, Paralegal
18                For:  United States of America

19                Patrick T. O'Connell, Esquire
                For:  Defendant Peter Terhaar

20

21                Andrew J. Ostrowski, Esquire
                For - Plaintiff

22

23            Jill M. Fry
                R.D. 1
24            Box 338
          Sunbury, PA  17801
25            (570)988-4650



          JILL M. FRY - FREELANCE REPORTER

9

1    don't teach them anything then.  When we don't know, when

2    someone doesn't know anything like me, then I get isolated,

3    they get isolated.

4       Q    Has he worked or had any jobs within the prison

5    system itself from 1992 until the present time?

6       A    Yeah, he only that he cleans the microwave.

7       Q    Anything else?

8       A    No.  He has always done that.  No.  They don't pay

9    anything, why am I going to work, no.  Five dollars a month,

10   I am not going to work for that.

11      Q    So he doesn't work now?

12      A    I been in the hole since January so, no, can't

13   work.  They been having me in the hole for 24 hours a day.

14   He doesn't have any access to any legal papers or he doesn't

15   have any kind of legal papers.  Withholding me or kidnapping

16   me within the Bureau so that I cannot have a defense or get

17   a defense.

18      Q    Okay.  I would like to talk to you a little bit

19   now about the altercation of March 26 of 1997?

20      A    Yes.  Ask the question.

21      Q    It is my understanding that you had a fight with

22   another prisoner?

23      A    Yes, that's right, that's how it was.

24      Q    Who was the other prisoner?

25      A    Terry Garsien, he is a member of the Italian

                        JILL M. FRY - FREELANCE REPORTER

1    Mafia.

2        Q    And how did this fight between you and Terry

3    start?

4        A    They are responsible, and they are in charge of

5    the unit that he was in.  They are in charge, the case

6    manager, the jury manager, the counselor and the guard.  So

7    whatever they say, that is what is done.  So he had his bed,

8    the bottom floor, the one on the bottom.  So they forced me

9    to give my lower bunk bed to him.  I was 54 years old and he

10   needed the lower bed.  But they don't accept that, so I had

11   to give it to him.  So all night he was passing gas.  He was

12   bolder than I was, but he was very tall, and very big.  One

13   day I was told that I have to get out of my room.  I be

14   there for already 12 months.  He says that why, that he was

15   asking why would they put him in that place where he was,

16   because by the rules was that if the person who was living

17   in that, he calls it room, it is their against, he doesn't

18   like him, or he is against what he wanted, then they should

19   not put him in that room, according to him.  So but they are

20   in charge of all, everything that is going on within the

21   prison, and even the traffic of drugs, and everything, so

22   they had the last word.  Everybody do, everybody does what,

23   everybody do what they say, and the prisoners, and guards,

24   and everything, and everybody.

25                   So I came and he was just sitting there, and I

1    just sent him a blow.  He, you know, hit him here, his

2    cheek.  So he stood up and he had me held to my throat, then

3    the guard came and grabbed him and throw him to the floor.

4    And then the guard pulled his arm back through his thumb

5    finger, in a way that he completely broke his finger.  And

6    then to the hole both of us.

7                Then I was charged assault.  He says that he

8    had his neck all bruised, but he was asked for the picture

9    to pose in a matter not showing it so that he could hide

10   what he had in his throat.  And since then they started the

11   hospital to arrange the, to hide things.

12               In the hospital there are two doctors that are

13   involved in the trafficking of drugs within the prison.  And

14   so he was charged with assault and he was found guilty of

15   that charge, and he had 30 days.  And the one guy was just,

16   you know, released.  And because I knew all about the

17   trafficking inside the prison and everything, because I knew

18   and I had investigated everything, and I knew what was going

19   on, even the Catholic church is involved in that, the

20   psychologist, several lieutenants, all of the education, all

21   of the hospital.

22        Q    I want to stop him now for a second.  I want to

23   summarize what I think, or what I understand your story to

24   be concerning the March 26th, 1997 altercation.  My

25   understanding, tell me if I am wrong, is that a member of

                     JILL M. FRY - FREELANCE REPORTER

1    the Italian Mafia, another inmate, wanted to take your

2    bottom bunk?

3        A    No, he didn't take it, his cell was, the police

4    gave it to him.  He didn't take it, it was given to him.

5    And they were forcing him to move to another room, but he

6    didn't want.

7        Q    So one day this member of the Italian Mafia, Mr.

8    Garsien, and you approached him and punched him in the eye?

9        A    Yes, over here (indicating).

10       Q    And then he grabbed you by the neck?

11       A    He was really big, really big.

12       Q    Did he grab you by the neck after you punched him?

13       A    Yes, yes.  Yeah, he was bleeding from his.

14       Q    And while you were being held --

15       A    Yeah, he just said that, yeah, that at that point

16   the guard, he was, you know, motioned that he was strangling

17   him, and then that the guard came and took him.

18       Q    While you were being choked by Terry, that's the

19   point in which the guard came and separated you and Terry?

20       A    Yeah, I was pulled by here and thrown there.  Very

21   tall and big guard.

22       Q    The guard pulled you from the back and put you on

23   the floor?

24       A    He put him on the floor like this, and when he

25   pulled my arm toward the back, is when he broke my thumb.  I

                        JILL M. FRY - FREELANCE REPORTER

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

MANUEL RAMOS,                          :
                    Plaintiff         :
                                       :
          v.                           :    Civil No. 1:CV-00-1957
                                       :    (Smyser, J.)
MARGARET HARDEN, Warden,               :
et al.,                                :
                    Defendants        :    ELECTRONICALLY FILED

CERTIFICATE OF SERVICE

     The undersigned hereby certifies that she is an employee in
the Office of the United States Attorney for the Middle District
of Pennsylvania and is a person of such age and discretion to be
competent to serve papers.

     That on September 5, 2003, she served a copy of the attached

**EXHIBITS TO REPLY BRIEF IN SUPPORT OF THE FEDERAL DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT**

via electronic means by sending a copy to the electronic mail
address stated below:

Addressee:

Andrew J. Ostrowski, Esquire
BAILEY, STRETTON & OSTROWSKI
4311 North Sixth Street
Harrisburg, PA 17110
ajostrows@msn.com

Patrick T. O'Connell, Esquire
SABA, ENDLER & ASSOCIATES, L.L.P.
106 West Front Street
Berwick, PA 18603
poconnell@sabalaw.com

                              s/ Michele E. Lincalis
                              MICHELE E. LINCALIS
                              Paralegal Specialist