cc: Mr Ramos; Atty Ostrowski, AUSA Thiel, Atty O'Connell
MJ Smyser

AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## MIDDLE DISTRICT OF PENNSYLVANIA

### JUDGMENT IN A CIVIL CASE

MANUEL RAMOS,
      Plaintiff

v.

DR. MAXIMO R. VELASCO, JR.,
DR. ANTHONY BUSSANICH,
DR. PETER J. TERHAAR and
THE UNITED STATES OF AMERICA,
      Defendants

CASE NUMBER: 1:00-CV-1957

**FILED**
HARRISBURG, PA

SEP 26 2003

MARY E. D'ANDREA, CLERK
Per _____
      Deputy Clerk

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** pursuant to the Memorandum and Order of Magistrate Judge J. Andrew Smyser entered on September 26, 2003, that summary judgment is entered in favor of the United States of America and defendant Dr. Peter J. Terhaar and against the plaintiff, Manuel Ramos.

Date: September 26, 2003

Mary E. D'Andrea, Clerk of Court

(By) Jean Sayers, Deputy Clerk