U.S.P
FLORENCE, CO. 81226 — 9-24-03
U.S. UNITED OFFICE OF THE CLERK
MIDDLE DISTRICT OF PENSILVANIA

POR FAVOR YO TENGO QUE
ESTAR EN LA CORTE EL 3 OTCBRE
PARA UN JINI CARA A CARA Y
NO E RESIVIDO LA ORDEN DE
TRESLADO. PH FAVOL ESPERO
SU INFORMACION

GRACIAS

ANTONIO JAIMES AYALA — Actor —

MANUEL RAMOS
37563-043

CASE NO: 1:00-CV-1957

FILED
HARRISBURG, PA
OCT 01 2003
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

ANTONIO JAYMES AYALA
A.K.A. M. RAMOS
NAME: M. RAMOS
REG. NO. 37763-093
U.S. PENITENTIARY
P.O. BOX 7000
FLORENCE, CO. 81226

LEGAL
LEGY
MANNY

LAW CLERK
SENORA
MELISSA SAYRES
P.O. BOX 827
FEDERAL BUILDING
HARRISBURG, PA 17108-0827