

FILED OCT 0 7 2003 PER HARRISBURG, PA / DEPUTY CLERK

RECEIVED OCT 0 7 2003 PER HARRISBURG, PA / DEPUTY CLERK

U.S.P. 10-2-03

OFFICE THE SEÑORA. CLERK, UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF PENNSILVANIA

POR FAVOR YO NESESITO. LOS MINUTOS DE MI CIVIL DOCKET FOR CASE # 1:00 CV-1957. ES MUY IMPORTANTE PARA MI YO VOY A APELAR LA DECICION del ONORABLE MAGISTRADO. SMYSER del DIA 26 SECTIEMBRE. YO NO SE COMO SE ACE ESTO ES LA UNICA FORMA QUE SE. ES PERO SU AMABLE ATENCION Y CONSIDERACION YA QUE ESTOY ENSERRADO LAS 24 ORAS SIN ASESORIA LEGAL POR ESO SE AN APROBECHA DO AOY EN LA CORTE, TENGO 8 MESES EN SERRADO ESO ES PARA QUE YO NO PUDIERA DEFENDERME, Y EL ABOGADO TRABAJO. EN FAVOR de LA CORTE Y EL GOVIERNO. EL VENDIO MI CASO YO ESTOY SEGURO. Y JURO. QUE DIGO LA VERDA VOY A DEMANDARLO. POR CORRUTO. ES PERO SU AMABLE. RESPUESTA.

ANTONIO JAIMES AYALA
A.K.A. MIRANDOS 29563-053

COPIA
PARA EL EMBAJADOR de COLOMBIA WASHINGTON DC. LUIS A MORENO. Y CONSUL de NEW YORK, JAIME BUENAHORA FEBRES CORDERO



Name: ANTONIO JAIMES AYALA A.K.A. M. RAMOS
Reg. No: 31763-053
U.S. PENITENTIARY
P.O. Box 7000
Florence, CO 81226-7000

LEGAL MAIL

FILED
HARRISBURG, PA
OCT 07 2003
MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK
MIDDLE DISTRICT OF PENNSYLVANIA

RECEIVED
HARRISBURG, PA
OCT 07 2003
PER _____ DEPUTY CLERK

U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108