FILED
SCRANTON
OCT - 9 2003
PER _____
DEPUTY CLERK

J.S.P.

FLORENCE, CO. 81226    10-6-03

1-CV-00-1957

SEÑOR JUDGE CHIEF THOMAS I. VANASKIE

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSILVANIA -

SEÑOR JUES YO ACE MAS DE 4 MESES. LE MANDE UNA CARTA. AVISANDOLE LA FORMA. COMO ESTAVA ATCANDO EL MAGISTRADO. JUDGE J. ANDREW. SMYSER. USTE NI SIQUIERA TOBO LA PACIENCIA. PARA CONTESTAR ME - YO FUI MUY CLARO. Y LE MOSTRE - LA MANERA INCORRETA. DE COMO ESTABA. ATCANDO. ESE SEÑOR JUES. AL OBLIGARME. A TENER UN ABOGADO. QUE SE SAVIA. QUE ESTABA TRAVAJANDO EMA EN FAVOR DEL GOVIERNO. Y NO A FAVOR MIO. LA CORTE LO INCUBRIO Y PERMITIO SU CORUCION EL NO ACETO. QUE YO ESTUBIERA PRESENTE EN NIGUNA REUNION EN LA CORTE NI CONSULTO CONMIGO EN NINGUN MOMENTO. ES ILEGAL E INCOSTI- TUCIONAL. LO QUE LA CORTE. ADAI de. ES USTE EL JEFE PASEN - ESTAS VIOLACIONES TAN SUCIAS. Y USTE. CIERRA LOS OJOS Y CAYA PARA INCUBRIR LAS SUCIAS - MANIOBRAS. DE SUS SUBALTERNOS - YO ESTOY EN CONDICIONES DE PROVAR QUE MI CASO CIVIL - FUE ENTREGADO. POR EL ABOGADO OSTROWSKI. Y CON EL -

comun acuerdo del magistrado Judge J. Andrece Smyser. Por eso fue que ceretiro la Juesa Judge Yvette Kane. Ella cedio de cuenta lo que y ban acer y prefirio no cargar con esa culpa. Yo fui operada por ese carnicero Doctor y la operacion fue un esperimento claro fue en mi mano. no en la mano de ningun familiar su yo. Yo creo y su cargo como Jues es investigar yo pido una orjente investigacion esa corte a tuo corrutamente. Ya me faltaban 7 dias para el jui° cara a gana. yo a.y. es que mas ganaba y 33 despues mi juicio. Es sucio ya cuando estoy terminando mi caso. y con todas las pruebas a mi favor. botar me me ca so porque un abogado corruto sucio se vende el caso se le dio ganado por mas de 2 años no pudieron ganar me con la ayuda de los presos fui encerrado en enero 16. eso fue todo preparado a ci estando encerrado en el calabozo yo no podia reclamar le mande 12 cartas a ese abogado y no contesto ninguna, todavia guien mas pruebas a yo te mando

3

UNA CARTA DE PRUEVA. OJO ALA FECHA. DESDE EL PRINCIPIO SE VIO QUE Y BA ACER. Y POR ESO ESTOBO SIEMPRE COMUNICADO CON MIS QUES MANAYER DE AQUI PARA QUE ELLOS ME ENCERRARAN. Y ACI PODER ACER TODO. SIN YO PODER ACER NADA. YA LLEBO 8. 15. DIAS ENCERRADO. Y AORA ME BOTAN MI CASO. ESO ES EN LA CORTE QUE VUSTED MANDA. Y SAVE QUE ESTAN INCUBRIENDO. NADA MENOS QUE ALAS 5. FAMILIAS DE LA MAFIA YTALIANA. AY 2 ACESINATOS. Y 2 INTENTOS DE ACESINATOS CONTRA MI. POR TODO TAPADO. POR QUE ESE ABOGADO. QUE CRO NO QUISO INVESTIGAR AY MAS DESENAS DE LIBRAS DE EROYNA QUE LO QUE BUSTE PESA SON ENTRADAS A LA SARCEL POR LOS EMPLEADOS DEL BIURO DE PRICIONES FEDERALES. ESO ES LO QUE SU ONORABLE MAGISTRADO NO QUIERE ESCUCHAR CLARO NO ES UN SECRETO. QUE EN EL PASADO EL ESTADO DE PENNSILVANIA AYA AVIDO CORRUCION ENTRE EL GOVIERNO Y LA MAFIA. REVISE CUANTOS EMPLEADOS SUYOS TIENEN DE TENDENCIA YTALIANA YO CON UN INVESTIGADOR

4

que able perfeta mente el es-
pañol y que cea, esperto —
en investigacion. de Priciones
Federales. yo puedo provar —
muy facil yo ya termine —
ace mucho. toda. la corrup-
cion. A. ya le pido. que —
me mande un F.B.E. y vera
la corrupcion que el mismo
govierno. tiene es pero —
y use el centido. comun
y atue con la ley y como
reza la costitucion de —
los Estados Unidos. de A—
merica. quedo esperando
su amable respuesta re—
cuerde. cual quier filtracion
da contra mi vida.

Antonio Jaimes Ayala
A.K.A. M. Ramos. 37963-053

Copia va.
para el embajador de Colombia de-
Washington, D.C. Luis A. Moreno y
para el consul de New York city
Jaime Buena Hora Febres Cordero —

Manuel Ramos  
Reg. No:#37563-053  
U.S, Penitentiary  
P.O. Box 7000  
Florence, Colorado 81226  

January 5, 2003

District Court Judge John E. Jones III  
United States Distrct Court  
Middle District Of Pennsylvania  
U.S. Courthouse, Suite 218  
240 West Third Street  
Williamsport, Pa. 17701-6460  

RE: United States District Court, Middle District Of Pennsylvania  
    Case No. 1:CV-00-1957, Manuel Ramos v. Defendants, etc.

To The Honorable Judge John E. Jones III,

   I have been appointed counsel, his name is:

       Andrew J. Ostrowski  
       Baily, Stretton & Ostrowski  
       Pa. Supreme Court I.D. No. 66420  
       4311 North Sixth Street  
       Harrisburg, Pa. 17110  
       PH. 717-221-9500  

I must say that I have had various difficlties in the six months since his appointment to my defense. I have enclose a copy of my latest attempt to contact counsel in hopes for the preservation of my case. Under Federal Civil Rules and Procedures, counsel has an obligation, both ethical andmoral, although, I have yet to fully receive such setting.  
   I thank you for your involvement and security of all proceedings that all parties fulfill thier roles in securing "Due Process."

                                            Sincerely,

                                            *ANTONIO JAIMES AYALA* —  
                        A.K. AT ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾  
                                            Manuel Ramos

