**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
P.O. BOX 827
FEDERAL BUILDING
HARRISBURG, PA 17108-0827

J. ANDREW SMYSER
MAGISTRATE JUDGE

(717) 221-3980
FAX 221-3979

October 9, 2003

Manuel Ramos
37563-053
USP-Florence
P.O. Box 7000
Florence, CO 81226

FILED
HARRISBURG, PA
OCT 0 9 2003
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

Re: Ramos v. Harden; 1:CV-00-1957

Dear Mr. Ramos:

    Receipt is acknowledged of letters from you dated October 2, 2003, September 24, 2003 and September 30, 2003. Your letters are written in Spanish. We do not have a fund from which to reimburse a translator. You may have your communication(s) translated into English and then resubmit them to us.

Sincerely,

J. Andrew Smyser
Magistrate Judge

cc: Andrew J. Ostrowski, Esquire
    G. Thiel, Esquire
    Patrick T. O'Connell, Esquire