10-14-03   FLORENCE. CO. 81226 - EN ESPAÑOL
U.S.P.                                        ES MI IDIOMA
            MOCION. A FIDENTI                 NO SE. OTRO
            RAMOS    ATENCIÓN. LEGAL

MANUEL RAMOS                              OCTUBRE 14-2003
REG. NO: #37563-053
U.S. PENITENCIARIA
P.O. BOX 7000
FLORENCE, COLORADO.
81226

**FILED SCRANTON**
**OCT 24 2003**
PER _____ DEPUTY CLERK

           DISTRICT COURT   ONORABLE —
      JUDGE JOHN E. JONES III
      UNITED STATES DISTRICT COURT MIDDLE DISTRICT.—
   OF PENNSILVANIA. CASE. NO. 1:CV-00-1957

     ANDREW J. OSTROWSKI BAILY, STRETTON & OSTROWSKI
PA. SUPREME. COURT. I.D. NO. 66420
4311 NORTH SIXTH STREET
HARRISBURG, PA. 17110

                         YO NO SCIENO QUE ES-
TE. CORRUTO. ABOGADO. Y SUS COMPAÑEROS — ASA
NINGUNA. APELACIÓN SON CORRUTOS. Y EL
JUES. GMY SER LOMISMO. YO PIDO
UN TIEMPO RASONABLE. PARA YO BUS-
CAR UN ABOGADO. ONESTO GRACIAS --
     ANTONIO JAIMES AYALA A.K.A. M. RAMOS—
# 37563-053  MI IDIOMA. ET ESPAÑOL O.K.Y.

YO A CUSO A LA OFICINA del ABOGADO DON. BAILEY, STRETTON & OSTROWSKI- de NELIJENCIA LEGAL MUY AGRABADA- AL NO PRESENTAR MOCIONES PRESISAS. PARA PELEAR MI CASO CIVIL. ESTE ABOGADO LO PUSO LA CORTE. EL NO QUISO COMUNICARCE CON MIGO POR QUE YO ABLO ESPAÑOL. EL MENE- GO LA COMUNICACION. POR UN AÑO QUE A CIDO MI ABOGADO. ESTE ABOGADO PIDIO A LA CORTE QUE YO NO ESTU- VIERA PRESENTE EN LAS RE UNIONES de LA CORTE, EL MISMO JUDGE SMYSER ESTUBO CIEMPRE de A CUERDO CON EL ABOGADO. ESO FUE PREPARADO POR LA CORTE, LA CLERK, MARY E. D'ANDREA.-- CLERK, OF COURT de MIDDLE DISTRICT OF PENNSILVANIA NUNCA ME MANDO LAS COPIAS de LAS MOCIONES QUE ESTE ABOGADO METIO. YO FUI ENSERRA- do EN EL CALABOZO de LA PENITENCIARIA de U.S.P. FLORENCE, CO. 81226, POR EL 1-16-03 QUES MANAYER MIO Y EL CONSEJERO QUINTANA- EL SEÑOR ABOGADO ANDREW J. OSTROWSKI- CIEMPRE ES TUBO COMUNICADO CON EL SEÑOR SANCHES MI QUES MANAYER Y ELLOS ABLABAN. YO CIEMPRE ALEGUE QUE ESTO ERA ILEGAL YA QUE MI DEMANDA ES CON TRA EL BIURO de PRICIONES FEDERALES-

2

Yo sostengo bajo juramento que todo esto fue preparado, para darle al abogado mío toda oportunidad de entregar mi caso civil No: 1:cv-001957. Yo tengo todas las pruebas que durante 3 años yo con ayuda de 3 presos todo lo ganamos. Ellos, el govierno, y el abogado del medico no nos ganaron ninguna sola mocion todo la perdieron. A pesar que ellos estaban apoyados por el judge J. Andrea Smyser, magistrado. Yo e.c.e guido paso a paso las deciciones de este señor juez, an cido muy sospechosas. Yo ya avia denunciado esto al señor jues chief judge Thomas I. Vanaskie. Esas cartas tienen que estar a y Emmi Dosuichis. Yo voy a denunciar esto al congreso y al senado de los Estados Unidos. Es una corrucion clara de la corte del district de Middle Pensilvania. A qui ay una gran investigacion ya que ellos estan tapando una operacion. Es perimento realizada por un medico calnisena del Bloomberg Hospital por el medico Peter J. Tenhaan D.O. P.C. edificio medicina profecional. Bloomsburg Hospital. PA 17815 y estan tamien involucrados estudiantes de la universidad del mismo nombre. A y

3

En Pensilvania. El abogado. No quiso, investigar todo. Esto ni tampoco. 2 acesinatos relacionados. con mi caso. civil y uno lo mataron por. equibocacion el tapo todo. y yo- Es toy muy conciente de que el trabaja en favor del crimen. organisado. y incuvierto por el biuro Federal de Priciones- y a mi me an intentado matar 2. veses. el tapo. todo. a un saviendo que yo tengo las pruevas. El caso. Es muy sucio- El investigador del abogado. Andrea Ostrocerski; ablo. conmigo. por 5. minutos la interprete. fue la consul del- consulado. de Colombia en Neu York, Cnty.- la doctora Johana Garcia. El dijo que- volvia con una orden que el Jues- S. My ser. Le daba nunca. volvio el mismo- abogado. no lo dejo. El investigador- se llama. Peter J. Weiss. El sabe el- Caso. Tan grave, que esta pasando - y no lo dejaron investigar por eso y- mucho mas yo Es toy cerquno que ay, en la corte. del District de- Middle, ay corrucion. y encubrimiento. para tapar acesinatos y un- gran contrabando. de Eroyna, que es llebada por empleados grandes- del biuro. de priciones de Pensilvania
—Federales—

4

EL SEÑOR JUES SMYSER ES CON-
CIENTE DE TODO ESTO. Y CIERA LOS
OJOS QUE ES EL TRAVAJO DE ESTE
ONORABLE JUES. Y POR QUE CALLA-
NO. ES COSTITUCIONAL SU ACION. ES
INCLEYBLE. PERO. TANPOCO. ES RARO.
QUE EN EL ESTADO DE PENSILVANIA ALLA
CORRUCIÓN. EN LA ONORABLE CORTE
LA ISTORIA NOS DISE QUE LA MAFIA DE
YTALIA CIEMPRE ATENIDO MUCHA FUERSA
AQUÍ. YO ES PERO MAS ATENCIÓN A MIS DE-
NUNCIAS Y ES PERO QUE MI VIDA CEA-
PROTEJIDA. POR ESO ES CRIVO COMO YO
SE A SERLO ES MI IDIOMA Y POR
FAVOR RECUERDEN LA COSTITUCIÓN
QUE LES DA EN LA CARA A TODOS
        GRACIAS POR SU AMABLE A-
TENCIÓN Y ES PERO SU RESPUES-
TA.---

         ANTONIO JAIMES AYALA
         A.K.A. M. RAMOS. 37563-053

COPIA-
VAPARA: EMBAJADA DE COLOMBIA   LUIS A. MORENO-
WASHINGTON. DC. Y PARA EL CONSUL DE
NEW YORK CITY JAIME BUENAÑORA.---
FEBRES CORDERO. Y CONGRESO. SEÑOR
LUIS V. GUTIERRES WASHINGTON D.C.



A.K.A. ANTONIO JAIMES AYALA
NAME: Mr. RAMOS
REG. NO. 37563-053

Legal mail

RECEIVED 16 2003

HONORABLE
CHIEF
JUDGE THOMAS I VANASKIE
U.S. DISTRICT COURT
235 NORTH WASHINGTON AVE.
P.O. BOX 1148 SCRANTON, PA. 18501

UNITED STATES DISTRICT COURT
MIDDLE OF PENNSYLVANIA