USP FLORENCE, CO. 81226                    10-20-03    notek w

                                                    1-00-cv-1957
          UNITED STATES DISTRICT COURT
     MIDDLE DISTRICT OF PENNSYLVANIA         mag J/mysor

ATT: MS MARY E. D. ANREA              **FILED**
     CLERK OF COURT              HARRISBURG, PA

                                    OCT 24 2003

                                 MARY E. D'ANDREA, CLERK
                                    Per _____

     I WOULD LIKE TO KNOW IF YOU CAN
PLEASE PROVIDE ME WITH ALL MY TRANSCRIPTS OF
MY CIVIL CASE (#1:00-CV-01957) SINCE 9-13-2002
TILL TODAY 10-20-2003. CAN YOU PLEASE DO THIS
FOR ME ITS AN EMERGENCY. THANK YOU FOR YOUR
TIME IN THIS MATTER.

                              THANK YOU
                         ANTONIO JAIMES AYALA
                         A.K.A. M. RAMOS Reg# 37563-053


COPY. EMBAJADOR COLOMBIA LUIS A. MORENO  --
  WASHINGTON, DC. 2118 LEROY PLACE. N.W 2008   Y

MEMBER OF CONGRESS LUIS V. GUTIERREZ  --
 2438 RAYBURN BUILDING, WASHINGTON, DC. 20515. --
Y
 SENATE EDWARD M. KENNEDY. SENATE OFFICE BLDG.
WASHINGTON, DC. 20510-2106 Y COLOMBIAN CONSUL-
NEW YORK CITY 10 EAST 46TH ST. NEW YORK, N.Y.
10017. Y CHIEF JUDGE THOMAS I. VANASKIE, U.S --
DISTRICT COURT 235 NORTH WASHINGTON AVE. P.O. BOX 1148
SCRANTON, PA 18501



ANTONIO JAIMES AYALA
a.k.a.
NAME: M. RAMOS
REG. NO. 39563-053
U.S. PENITENTIARY
P.O. BOX 7000
FLORENCE, CO. 81226

LEGAL
MAIL

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
COURTHOUSE, 228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

FILED
HARRISBURG, PA
OCT 24 2003
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk