UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
P.O. BOX 827
FEDERAL BUILDING
HARRISBURG, PA 17108-0827

J. ANDREW SMYSER
MAGISTRATE JUDGE

(717) 221-3980
FAX 221-3979

October 28, 2003

Manuel Ramos
37563-053
USP-Florence
P.O. Box 7000
Florence, CO 81226

Re: Ramos v. Harden;   :CV-00-1957

FILED
HARRISBURG

OCT 30 2003

MARY E. D'ANDREA, CLERK
Per_____
         Deputy Clerk

Dear Mr. Ramos:

Receipt is acknowledged of your letter dated October 14, 2003. Your letter is written in Spanish. We do not have a fund from which to reimburse a translator. You may have your communication translated into English and then resubmit it to us.

Sincerely,

J. Andrew Smyser
Magistrate Judge

cc: Andrew J. Ostrowski, Esquire
    G. Thiel, Esquire
    Patrick T. O'Connell, Esquire