FILED
HARRISBURG, PA
NOV 03 2003
MARY E. D'ANDREA, CLERK
Per _____

U.S.P.
FLORENCE, CO, 81226-    10-16-03

UNITED. STATES DISTRICT OL PENSYLVANIA
ONORABLE. e Jo ANDREW SMYSER -
MAGISTRADO JUDGE RESIBI -
SU CARTA. POR FAVOR SU ACION
EN. MI CASO. ES DISCRIMINATORIA. Y
ANTICOSTITUCIONAL. bUSTE. ESTA. IN -
CUBRIENDO A ACESINOS Y TRAFICANTES
DE EROYNA. Y 2 ACESINATOS. Y 2 - -
INTENTOS de ACESINATO. CONTRA. MI. AdeMAS
de UNA OPERACION ESPERIMENTO. Y
CELLAMA OPERACION MONO. O MONTI
CLARO. FUE REALISADA EN MI MANO. NO
EN LA MANO de SU MAMA. YO boY A-
PROVAR SU ATITU SOSPECHOSA PARA
EN CUBRIR AL CRIMEN ORGANISADO. MAS
A de LANTE. bUSTE CE DARA CUENTA de
SU ERROR ES UNA OBLIGACION. QUE
bUSTE ORDENE LA TRADUCCION de MIS
CARTAS. RECUERDE LA COSTITUCION
de LOS ESTADOS UNIDOS de AMERICA.
ESPAÑOL ES MI YDIOMA Y YO ES
TOY DICIENDO LA VERDA. POR ESO bUSTE
PUSO A ESE ABOGADO CORUTO. P
QUE TRABAJARA EN FAVOR de ES
CE SCÑOR YO RESPONDO
DIGO. ESE ABOGA
PERO YO

A GANAR Y DOY APROVAR TODO. Y ENTONCES NO DIGA QUE NO SAVIA BUSTE ABLO CON EL INVESTIGADOR DE OSTROWSKI Y EL LE DIJO. ES PERO QUE ES TAS CARTAS DENTREN AL DOZUCHIT TRADUCIDAS ES SU RESPONSAVILIDA Y SU PRESTIGIO. PERO YO LO DUDO BUSTE ESTA MUY MAL

GACA

GRACIAS

ANTONIO JAIME Y AYALA
A.KIA. M. RAMOS

FILED
HARRISBURG PA
NOV 03 2003
MARY E. D'ANDREA, CLERK
Per _____

Rec'd
10/22/03
CA

ANTONIO JAIMES AYALA
A.K.A.
Name: M. RAMOS
Reg. No: 37563-093

U.S. PENITENTIARY
P.O. Box 7000
Florence, CO 81226-7000

LEGAL
MAIL

[Postmark: UNITED STATES DISTRICT COURT MIDDLE DISTRICT 2003]
[Stamp cancellation: ...of Pennsylvania]

UNITED STATES
DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

HONORABLE
J. Andrew SMYSER
MAGISTRATE JUDGE
P.O. BOX 827 FEDERAL BUILDING
HARRISBURG, PA. 17108-0827

17108-0827