

**LEONARD R. BOGART**
**CHIEF U.S. PROBATION OFFICER**
**WM. NEALON U.S. COURTHOUSE**
**P.O. BOX 191**
**SCRANTON, PA 18501-0191**
(570) 207-5840
FAX (570) 207-5880

# UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF PENNSYLVANIA
### PROBATION OFFICE

**HARRISBURG**

October 27, 2003

**HARRISBURG, PA 17108-0805**
**P.O. BOX 805**
(717) 901-2860
FAX (717) 901-2890
**WILLIAMSPORT, PA 17703-1055**
**240 W. THIRD ST**
**SUITE 114**
(570) 323-3688
FAX (570) 323-5862
**WILKES-BARRE, PA 18701-1500**
**197 S. MAIN STREET**
**Room 201**
(570) 826-6257
FAX (570) 821-4194

## MEMORANDUM

TO:         The Honorable J. Andrew Smyser
                  United States Magistrate Judge

FROM:     Andrew J. Gonzalez
                  U.S. Probation Intern

RE:         **Spanish Language Letters Received**
                  **From Antonio Jaimes Ayala (a.k.a. Manuel Ramos)**

**FILED**
HARRISBURG PA
NOV 0 3 2003
MARY E. D'ANDREA, CLERK
Per

I was asked to translate, if possible, the two Spanish language letters received by Your Honor on October 24, 2003. The letters were dated October 14th and 16th respectively. The letter of October 16th, and addressed to Your Honor, essentially contains a complaint regarding Your Honor's response to Mr. Ayala's previous correspondence. Mr. Ayala says that he received your letter, and that your action in his case was discriminatory and unconstitutional. He feels that it is your obligation to order a translation of the letters that he sends you, and asks you to remember the United States Constitution. Mr. Ayala avers that he is telling the truth, and that Spanish is his only language. Mr. Ayala seems to be asserting another issue in this letter dealing with a crime, but I am unable to make out what he is trying to communicate.

With regard to the second, and longer letter, addressed to The Honorable John E. Jones III, the defendant continues to assert his constitutional complaint of ineffective counsel. Additionally, Mr. Ayala appears to be complaining about the condition of his prison accommodations, and Your Honor's handling of his case. Mr. Ayala also references a case number of 1:CV-001957.

It should be noted that Mr. Ayala indicated that a copy of this letter has been sent to the Columbian Embassy in Washington, a U.S. Congressman and others. Due to the nature of these letters and the fact that copies may have been sent to both foreign and national government officials, I recommend that further translation should be completed by a court certified translator.