**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
P.O. BOX 827

J. ANDREW SMYSER                    FEDERAL BUILDING                    (717) 221-3980
MAGISTRATE JUDGE                  HARRISBURG, PA  17108-0827              FAX 221-3979

October 30, 2003

Manuel Ramos
37563-053
USP-Florence
P.O. Box 7000
Florence, CO 81226

**FILED**
HARRISBURG, PA

NOV 0 3 2003

MARY E. D'ANDREA, CLERK
Per _____

Re: Ramos v. Harden; 1:CV-00-1957

Dear Mr. Ramos:

    Receipt is acknowledged of your letters dated October 14,
2003 and October 16, 2003.  Pursuant to Rule 7(b) of the Federal
Rules of Civil Procedure an application to the court for an order
must be made by a written motion.  Your letters do not comply
with the Federal Rules, and no action will be taken on your
letters.

Sincerely,

*Melissa Sayres*

Melissa Sayres
Law Clerk to Magistrate
Judge Smyser

cc: Andrew J. Ostrowski, Esquire
    G. Thiel, Esquire
    Patrick T. O'Connell, Esquire