

*OFFICE OF THE CLERK*
**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT OF PENNSYLVANIA**

*U.S. Courthouse*
*228 Walnut Street, Rm. 1060*
*P.O. Box 983*
*Harrisburg, PA 17108-0983*

**MARY E. D'ANDREA**
*Clerk of Court*

(717) 221-3920
FAX (717) 221-3959

November 5, 2003

**Manuel Ramos**
R37563-053
USP-FL
U.S. Penitentiary Florence
P.O. Box 7000
Florence, CO 81226

FILED
HARRISBURG, PA

NOV 0 6 2003

MARY E. D'ANDREA, CLERK
Per_____

RE: 1:00-CV-1957

Dear Mr. Ramos:

    I am in receipt of your letter dated October 20, 2003, requesting transcripts of your civil case. I have done a search of the docket and found no transcripts filed within the date range you specify, or any other dates. Therefore we cannot grant your request.

Sincerely,

Peter Welsh
Deputy-In-Charge