Manuel Ramos

#37563-053

United States Penitentiary

P.O. Box 7000

Florence, Co 81226



ORIGINAL

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA

NOV 2 5 2003

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

MANUEL RAMOS,

   Plainiff,

v.                                        CIVIL NO. 1:-CV-00-1957

MARGARET HARDEN, DR. MCGLORI,

DR. MAXIMO R. VELASCO, JR.,

DR. ANTHONY BUSSANICH,

DR. PETER J. TERHAAR, and,

THE UNITED STATES,

   Defendants.

NOTICE OF APPEAL





Return: 4223375
CSP PO Box 01301
Atwater, CA 55301

FILED
HARRISBURG, PA
NOV 2 5 2003
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Clerk
US - Federal Building + Courthouse
228 Walnut Street, 8th floor
Harrisburg, PA 17108

17108/9301

LEGAL MAIL