OFFICE OF THE CLERK

| | | |
|---|---|---|
| MARCIA M. WALDRON<br>CLERK | **UNITED STATES COURT OF APPEALS**<br>FOR THE THIRD CIRCUIT<br>21400 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA, PA 19106-1790 | TELEPHONE<br>215-597-2995 |

**Harrisburg, PA** of District Court          Date     **12/17/03**
(District)

**Ramos v. Hawk-Sawyer**          C. of A. No.     **03-4597**
(Caption)

**Manuel Ramos**
(Appellants)

**No. 00-cv-01957**
(D.C. No.)

Enclosures:

_____**12/17/03**_____ Certified copy of C. of A. Orders by the Court/**Clerk**
        (Date)

_____ Released (Record) (Supplemental Record - First - Second - Third)

_____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s)_____

_____ Please forward Certified List in lieu of Record to this office.

_____ The certified copy of order issued as the mandate on _____ is recalled.

                    __Rebecca Simon__     (267)-299-_4947_
                      Case Manager          Telephone Number

Receipt Acknowledge:

_____
(Name)

_____
(Date)

                                   Rev. 4/3/03
                         Appeals (Certified List in Lieu of Record)

FPS-110                                                                        December 17, 2003
UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 03-4597

Ramos v. Hawk-Sawyer
(M.D. Pa. No. 00-cv-01957)

To:  Clerk

1) Motion for Leave to Proceed In Forma Pauperis

The foregoing Motion is denied insofar as it requests that the response be in Spanish. The Court is unable to provide translation services for proceedings which do not occur in open court. Accordingly, the appellant must make arrangements to have all submissions to the Court and documents received from the Court translated to English. The Court is unable to assist him in this regard.

The motion to proceed in forma pauperis is granted. Appellant is a prisoner and seeks to proceed in forma pauperis on appeal. Appellant is required to pay the full $255.00 in docketing and filing fees in installments regardless of the outcome of the appeal. Appellant has completed and filed the required authorization form permitting the appropriate prison officials to assess, collect and forward to the District Court the filing and docketing fees for this appeal pursuant to 28 U.S.C. §§ 1915(b)(1) and (2). The Court hereby directs the warden or his or her designee to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to the prisoner's account; or (b) the average monthly balance in the prisoner's account for the six month period immediately preceding the filing of the notice of appeal. The warden, or his or her designee, shall calculate, collect, and forward the initial payment assessed in this order to the United States District Court for the Middle District of Pennsylvania. In each succeeding month when the amount in the prisoner's account exceeds $10.00, the warden, or his or her designee, shall forward payments to the United States District Court for the Middle District of Pennsylvania equaling 20% of the preceding month's income credited to the prisoner's account until the fees are paid. Each payment shall reference the appellate docket number for this appeal.

This appeal will be submitted to a panel of the Court for determination under 28 U.S.C. § 1915(e)(2). The Court also will consider any other appropriate action, such as summary affirmance of the order of the District Court. See Third Circuit Internal Operating Procedures Chapter 10.6.

A TRUE COPY:

*Kathleen Brouwer*
Kathleen Brouwer,
Chief Deputy Clerk

For the Court,

*Marcia M. Waldron*
_____
Clerk

Dated: December 17, 2003
RLS/cc: MR
      PTO
      GMT