new to U

Mary E. D'Andrea
Clerk of Courts
U.S. Courthouse
228 Walnut Street Rm.1060
P.O. Box 983
Harrisburg, PA. 17108-0983



RE: 03-4597 / 00-CV-01957

Dear Ms. D'Andrea,

Enclosed please find a Docket Sheet in Case Number <u>00-CV-1957</u> where as the correct Number is <u>03-4597/00-CV-01957</u>, where as you have receipt of my letter dated October, 20, 2003, where I have requested Transcripts of my civil Case, you state in your search of the docket and found no Transcripts filed within the date range you specify, or any other dates. Therefore you cannot grant my request, am I to assume the District Court "<u>errored</u>" in some way <u>by not presenting your office with a copy of the transcripts</u>? Please research for Case Number 03-4597/00-CV-01957 for these Transcripts on file, and send me a copy of them for my Appeal to the United States Supreme Court of Pennsylvania. Thank You,

Respectfully Submitted
On this 24 day of January 2004 (A.D.)
By: /s/ Manuel Ramos

Manuel Ramos    # 37563-053

Office of The Clerk
 United States District Court
For The Middle District of Pennsylvania.

TO: Clerk of Courts
 Mary E. D'Andrea,

Due to the Lengthliness of the Docket Sheet, and the expense it would cost to send it to you. I am enclosing the 1st page and the last entry to help in your re checking your files in Case Number 03-4597/00-cv-01957, in hopes you can find, locate and send me a copy of the transcripts in case Number 1:00-cv-01957-JAS.
And thanks you once again.

Respectfully,
_____
Manuel Ramos           37563-053

M.R.[Note] this was an action of Louis barge U.S. Federal Penitentiary
 who ordered transfer to Springfield
 Medical Center, however was transfered
 to U.S.P. Florence, Co.



Name: Manuel Ramos
Reg. No: 37563-053
U.S. PENITENTIARY
P.O. Box 7000
Florence, CO 81226-7000

MARY E D'ANDREA
CLERK OF COURTS
U.S. Courthouse
228 Walnut Street, Rm. 1060
P.O. Box 983
Harrisburg, PA. 17108-0983

Legal Mail

FILED
JAN 30 2004
PER ____
HARRISBURG, PA   DEPUTY CLERK

RECEIVED JAN 30 2004
MARY E. D'ANDREA, CLERK