

Mary E. D'Andrea
Clerk of Courts
U.S. Courthouse
228 Walnut Street Rm.1066
P.O. Box 983
Harrisburg, PA. 17108-0983

RE: 03-4597/00-cv-01957

Dear Ms. D'Andrea,

Enclosed please find a Docket Sheet in Case Number <u>00-CV-1957</u> where as the correct Number is <u>03-4597/00-CV-01957</u>, where as you have receipt of my letter dated October, 20, 2003, where I have requested Transcripts of my civil case, you state in your search of the docket and found no Transcripts filed within the date range you specify, or any other dates. Therefore you cannot grant my request, am I to assume the District Court "<u>errored</u>" in some way <u>by not presenting your office with a copy of the transcripts</u>? Please research for Case Number 03-4597/00-cv-01957 for these Transcripts on file, and send me a copy of them for my Appeal to the United States Supreme Court of Pennsylvania.

Thank You,

Respectfully Submitted
On this <u>24th</u> day of January 2004 (A.D.)
By: <u>MANUEL RAMOS</u>
    Manuel Ramos    # 37563-053

Office of The Clerk
United States District Court
For THE middle District of Pennsylvania

TO: Clerk of Courts
Mary E. D'Andrea,

Due to the Lengthiness of the Docket Sheet, and the expense it would cost to send it to you. I am enclosing the 1st page and the last entry to help in your re checking your files in Case Number 63-4597/00-cv-01957, in hopes you can find, locate and send me a copy of the transcripts in case Number 1:00-cv-01957-JAS. And thank you once again.

Respectfully,

*Mary Ramos*

Manuel Ramos          37563-053

M.R. [Note] this was an action of Lewisburg U.S. Federal Penitentiary who ordered transfer to Springfield Medical Center, however was transferred to U.S.P. Florence, Co.



# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, Colorado 80294-3589
Phone (303) 844-3433
www.cod.uscourts.gov

January 20, 2004

Mr. Manuel Martinez Ramos
#37563-053
U.S.P. Florence
P.O. Box 7000
Florence, CO 81226

Dear Mr. Ramos:

The enclosed document is being returned to you. You do not have a case in this court with the case numbers you supplied on your Notice of Appeal. In addition, we were unable to locate a pending case in this court under your name. If you wish to appeal a decision issued from a federal district court, you must file a "Notice of Appeal" in the court from which the **decision was issued**

Sincerely,
GREGORY C. LANGHAM, Clerk

by: /s/
Deputy Clerk

**UNITED STATES COURT OF APPEALS**
**TENTH CIRCUIT**
Office of the Clerk
Byron White United States Courthouse
Denver, Colorado 80257
(303) 844-3157

Patrick J. Fisher, Jr.
Clerk of Court

Jane B. Howell
Chief Deputy Clerk

January 8, 2004

Mr. Manuel Martinez Ramos
#37563-053
Florence
P.O. Box 7000
Florence, CO 81226

Dear Mr. Ramos:

The enclosed document is being returned to you. You currently do not have an active appeal in this court. Should you wish to appeal a decision issued from a federal district court, you must file a "Notice of Appeal" in the court from which the decision was issued.

Sincerely,
PATRICK FISHER, Clerk

Deputy Clerk

Encl.