**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

J. ANDREW SMYSER
MAGISTRATE JUDGE

P.O. BOX 827
FEDERAL BUILDING
HARRISBURG, PA 17108-0827

(717) 221-3980
FAX 221-3979

February 3, 2004

Manuel Ramos
37563-053
USP-Florence
P.O. Box 7000
Florence, CO 81226-7000



FILED
FEB 0 4 2004
PER _____ DEPUTY CLERK
HARRISBURG, PA.

Re: Ramos v. Harden; 1:CV-00-1957

Dear Mr. Ramos:

Receipt is acknowledged of your letter to the Clerk of Court filed on January 30, 2004. In your letter you ask that the Clerk send you a copy of the transcripts of your civil case. Although you attach a copy of the docket sheet for 1:CV-00-1957, you do not state which document you are seeking. Transcripts are made only of in court proceedings. There were no in court proceedings in your civil case. Thus, there are no transcripts. The docket sheet lists all of the documents filed in a civil case. The Clerk of Court will provide copies of documents at price of fifty cents per page, payment in advance.

In your letter you also reference number 03-4597 and ask the Clerk to search the file in that case for your transcripts. 03-4597 is the number assigned to your appeal by the United States Court of Appeals for the Third Circuit.

Sincerely,

Melissa Sayres
Melissa Sayres
Law Clerk to Magistrate
Judge Smyser

cc: Andrew J. Ostrowski, Esquire
    G. Thiel, Esquire
    Patrick T. O'Connell, Esquire