UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA

FEB 02 2004

MARY E. D'ANDREA, CLERK
Per_____
Deputy Clerk

MANUEL RAMOS
petitioner,

-V-

Bureau of Prisons, Etal.

Case Number: 03-4597/00-cv-01957
Docket Number:

NOTICE OF APPEAL ON PRO-SE
FORMA PAUPUS.

## MOTION

Now comes the petitioner in the above titled Action NOTICE OF APPEAL on PRO-SE motion in Forma Paupus, be Appealed on Writ of Cer toric before the United States Supreme Court of Pennsylvania, after long consideration and without counsel where as the Bureau of Prisons has caused bodily harm to an inmate by means of Human Experimental "Ginnie Pig" Services, and by not following a Court Order by the U.S. Court of Appeals which now holds the District Court in Contempt of its own Order and ruling [Ref. Exhibit A-1 attached] to show Error on Bureau of Prisons Medical Staff, not once, twice, but several times of the Admittance of the proccedure being Human Experimental "Ginny Pig" Surgery, which is in violation of the petitioners Fifth, Eighth, and Fourth-teenth ammendments of the United States Constitutional Rule, Rights and Codes 18 USC-

(1)

thus showing prejudicial errors by the proceeding Judge in both the District Court and U.S. Court of Appeals in fact finding, to show in case number 03-4597/00-cv-01957, where as the Administrative Remedy Procedures are invalid in this case, which cannot be used in such proceedings on a Tort Claim issue, where as to monitary damages are involved, to witt Bureau of Prisons Administrative (BP8) Remedy Proceedures Response "Clearly Shows Courts Errors" - which is now claimed on 18 USC 1915, Tort Claim, by means of 2241.

Petitioner furthermore comes to this Court in "Good Faith" to show other technical earors shown in the Disposition of Case number 03-4597/00-cv-01957, where as Counsel failed to raise future issues, which shows that petitioner's Counsel was ineffective in his proceedings by not fully awaring his clients better interest, not calling witnesses, and to call witnesses to Refute the Defense witnesses, thus shows inneffectiveness of Counsel.

Petitioner will furthermore show delays after delays made by this District Court, to show prejudicial errors, on thus appeal. Where as the Documentation under "New Evidence" will be presented, that was withheld from the Petitioner's Lawyer, and the Bureau of Prisons, for means to detter the Court in a fair and Just ruling, which Violated Petitioners other Constitutional Issues, which

(2).

was not brought out in the District and Appeal Level.

Petitioner is an incarcerated inmate at United States Federal Penitentiary, P.O. Box 7000, Florence, Colorado 81226, at the present time. Documentation from the Tenth Circuit will verify that Petitioner must direct this Appeal in the District it was first filed, and to where the decision was issued [Ref Exhibit A-2 Dated January 20th, 2004] see attached.

<u>Conclusion</u>

Petitioner Futhermore in Conclusion reserves rights under 18 USC and F.R.Crim. P. Rule 77, under Constitutional Rights Issues, by means of a Rule 60(B) 6, Last resort. Due to, not recieving a full Discovery, full Transcript, full Disposition, any final Judgements, or any other documentation from his Counsel until several years later, after the decision was issued, denying the petitioner the rights to Appeal to the United States Supreme Court on case number 03-4597/ 00-cv-01957, which indeed violated Due Process and Proceedural Clauses and Breached the District and Appeals Courts findings. Thus leaving this Notice of Appeal to be so lengthly in size, and in "Good Faith" and should be presented Counsel and should be granted by this court. Let it further be known Petitioner is Cuban and understands no-English, where as an interputator may be needed to speak + write spanish by counsel, for understanding.

And in so in the conclusion of this 4 page Document, I close for "fair" and "Just" Proceedings forth coming in Case Number 03-4597/00-cv-01957, on why this Motion should be granted by this Court.

Respectfully Submitted
On this 24 day of January , 2004 (ad).
By: MANUEL RAMOS
        Manuel Ramos      # 32563-053
United States Federal Penitentiary - Florence
P.O. Box 7000
Florence, Colorado 81226

Certificate Of Service

I MANUEL RAMOS the petitioner in the above case number 03-4597/ 00-cv-01957 do hereby state the above to be factual and the truth so help me God, and that (3) three copies of the above was sent to the following
                Office Of the Clerk
        MARY E. D'ANDREA
    UNITED STATES DISTRICT COURT
                for the
    MIDDLE DISTRICT OF PENNSYLVANIA
    U.S. COURTHOUSE
    228 WALNUT STREET
    P.O. Box 983
    HARRISBURG, PA. 17108
By: MANUEL RAMOS

(4)

NAME: *Manuel Ramos*

REG. NO. 37563-053
U.S. PENITENTIARY /Delta Bravo Unit
P.O. BOX 7000
FLORENCE, CO. 81226

Legal Mail
RE:
03-4597/00-cv-01957

S***EDCR. #2 22:30 01/2

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
United States Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg, PA. 17108

17108+0983 11

