UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

```
MANUEL RAMOS,                         : CIVIL NO: 1:CV-00-1957
                                      :
          Plaintiff                   :
                                      :
     v.                               :
                                      : (Magistrate Judge Smyser)
DR. MAXIMO R. VELASCO, JR.,           :
DR. ANTHONY BUSSANICH,                :
DR. PETER J. TERHAAR and              :
THE UNITED STATES OF AMERICA,         :
                                      :
          Defendants                  :
```

## ORDER

On February 2, 2004, the plaintiff filed a motion in this court. The plaintiff's motion was not accompanied by a proposed order as required by Local Rule 7.1. Moreover, the plaintiff's motion does not set forth the relief or order sought as required by Fed.R.Civ.P. 7(b)(1).

Based on the foregoing, **IT IS ORDERED** that the plaintiff's motion (doc. 110) is **DENIED.**

　　　　　　　　　　　　　　　　　　　　*/s/ J. Andrew Smyser*
　　　　　　　　　　　　　　　　　　　　J. Andrew Smyser
　　　　　　　　　　　　　　　　　　　　Magistrate Judge

DATED: February 6, 2004.