*CV-00-1957*
*USCA No. 03-4597*

Mon Apr 12 15:01:41 2004

UNITED STATES DISTRICT COURT

SCRANTON        , PA

Receipt No.   111 140736
Cashier        jill

Tender Type  CHECK

Check Number: 68350664

Transaction Type   AR

DØ Code    Div No    Acct
 4667        1      0869PL

Amount              $   20.00

US TREASURY AUSTIN, TX

PARTIAL FILING FEE FOR APPEAL IN CV-00-1957

cn

**FILED**
HARRISBURG, PA

APR 1 2 2004

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk