```
Tue Jun  8 15:14:31 2004

UNITED STATES DISTRICT COURT

  SCRANTON      , PA

Receipt No.   111 141100
Cashier       pamela

Tender Type  CHECK

Check Number: 222169062032

Transaction Type   AR

DØ Code    Div No     Acct
 4667        1        0869PL

Amount          $    20.00

US TREASURY AUSTIN,TX

    PARTIAL APPEAL FEE IN 00-CV-1957 FO
R ABOVE M. RAMOS
```

00-1957

bn

