**ORIGINAL**

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MANUEL RAMOS, | : | CIVIL NO. 1:-CV-00-1957 |
| Plaintiff | : | (Judge Jones) |
| v. | : | (Magistrate Judge Smyser) |
| MARGARET HARDEN, DR. MCGLORI, DR. MAXIMO R. VELASCO, JR., , DR. ANTHONY BUSSANICH, and DR. PETER J. TERHAAR, | : | |
| Defendants | : | |

FILED
HARRISBURG
JUN 16 2004
MARY E. D'ANDREA, CLERK
Per: _____ KJW
        DEPUTY CLERK

## WITHDRAWAL OF APPEARANCE

Please withdraw my appearance on behalf of Defendant, Dr. Peter J. Terhaar, in the above-referenced matter.

BY: _____
PATRICK T. O'CONNELL, ESQUIRE
I.D. # 76539

45929-1