SABA, ENDLER & ASSOCIATES, L.L.P.
BY:      DAVID W. SABA, ESQUIRE
         LARA J. ENDLER, ESQUIRE                    ATTORNEY FOR DEFENDANT,
IDENTIFICATION NO. 19648 &   66507                     Dr. Peter J. Terhaar
400 THIRD AVENUE SUITE 100
KINGSTON, PA 18704
(570) 331-3100

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MANUEL RAMOS, | : | CIVIL NO. 1:-CV-00-1957 |
| | : | |
| Plaintiff | : | (Judge Jones) |
| | : | |
| v. | : | (Magistrate Judge Smyser) |
| | : | |
| MARGARET HARDEN, | : | |
| DR. MCGLORI, | : | |
| DR. MAXIMO R. VELASCO, JR., | : | |
| DR. ANTHONY BUSSANICH, | : | JURY TRIAL DEMANDED |
| and DR. PETER J. TERHAAR, | : | |
| | : | |
| Defendants | : | |

## CERTIFICATE OF SERVICE

I, Lara J. Endler, Esquire, do hereby certify that on the 14th day

of June, 2004, I forwarded Patrick T. O'Connell, Esquire's Withdrawal

of Appearance on behalf of Defendant, Dr. Peter J. Terhaar and an

45956-1

Entry of Appearance for David W. Saba, Esquire and Lara J. Endler,

Esquire via first class mail, postage prepaid to the following:

> Andrew J. Ostrowski, Esq.
> Bailey, Stretton & Ostrowski
> 4311 North Sixth Street
> Harrisburg, PA 17110
>
> G. Michael Thiel, Esquire
> Federal Building
> 235 N. Washington Ave, Suite 311
> PO Box 309
> Scranton, PA  18501

> Respectfully submitted,
>
> SABA, ENDLER & ASSOCIATES, L.L.P.
>
> BY: _____
>        DAVID W. SABA, ESQUIRE
>        I.D. # 19648
>        400 Third Avenue  Suite 100
>        Kingston, PA  18704
>          (570) 331-3100