UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MANUEL RAMOS, | : | CIVIL NO. 1:-CV-00-1957 |
| | : | |
| Plaintiff | : | (Judge Jones) |
| | : | |
| v. | : | (Magistrate Judge Smyser) |
| | : | |
| MARGARET HARDEN, | : | |
| DR. MCGLORI, | : | |
| DR. MAXIMO R. VELASCO, JR., , | : | |
| DR. ANTHONY BUSSANICH, and | : | |
| DR. PETER J. TERHAAR, | : | |
| | : | |
| Defendants | : | |

FILED
HARRISBURG
JUN 1 6 2004
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

### ENTRY OF APPEARANCE

Please enter our appearance on behalf of Defendant, Dr. Peter J. Terhaar, in the above-referenced matter.

SABA, ENDLER & ASSOCIATES, L.L.P.

BY: /s/ David W. Saba
DAVID W. SABA, ESQUIRE
I.D. # 19648

BY: /s/ Lara J. Endler
LARA J. ENDLER, ESQUIRE
I.D. # 66502
Suite 100, Park Building
400 Third Avenue
Kingston, PA 18704  (570) 331-3100

45930-1