| | |
|---|---|
| **SABA, ENDLER & ASSOCIATES, L.L.P.**<br>BY:  DAVID W. SABA, ESQUIRE<br>        LARA J. ENDLER, ESQUIRE<br>IDENTIFICATION NO. 19648 &  66507<br>400 THIRD AVENUE SUITE 100<br>KINGSTON, PA 18704<br>(570) 331-3100 | ATTORNEY FOR DEFENDANT,<br>Dr. Peter J. Terhaar |

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MANUEL RAMOS, | : | CIVIL NO. 1:-CV-00-1957 |
| | : | |
| Plaintiff | : | (Judge Jones) |
| | : | |
| v. | : | (Magistrate Judge Smyser) |
| | : | |
| MARGARET HARDEN, | : | |
| DR. MCGLORI, | : | |
| DR. MAXIMO R. VELASCO, JR., | : | |
| DR. ANTHONY BUSSANICH, | : | JURY TRIAL DEMANDED |
| and DR. PETER J. TERHAAR, | : | |
| | : | |
| Defendants | : | |

## CERTIFICATE OF SERVICE

I, Lara J. Endler, Esquire, do hereby certify that on the 14th day of June, 2004, I forwarded Patrick T. O'Connell, Esquire's Withdrawal of Appearance on behalf of Defendant, Dr. Peter J. Terhaar and an

45956-1

Entry of Appearance for David W. Saba, Esquire and Lara J. Endler, Esquire via first class mail, postage prepaid to the following:

>Andrew J. Ostrowski, Esq.
>Bailey, Stretton & Ostrowski
>4311 North Sixth Street
>Harrisburg, PA 17110
>
>G. Michael Thiel, Esquire
>Federal Building
>235 N. Washington Ave, Suite 311
>PO Box 309
>Scranton, PA 18501

>Respectfully submitted,
>SABA, ENDLER & ASSOCIATES, L.L.P.
>
>BY: _____
>DAVID W. SABA, ESQUIRE
>I.D. # 19648
>400 Third Avenue Suite 100
>Kingston, PA 18704
>   (570) 331-3100