**FILED**
HARRISBURG, PA

JUL 1 3 2004

**MARY E. D'ANDREA, CLERK**
Per_____

```
Tue Jul 13 10:12:29 2004

UNITED STATES DISTRICT COURT
SCRANTON      , PA
Receipt No.   111 141344
Cashier       pamela
Tender Type  CHECK
Check Number: 18245643
Transaction Type   AR
D0 Code   Div No     Acct
 4667       1       0869PL
Amount            $    40.00
                  US TREASURY WASHINGTON, DC RE ABOVE
M. RAMOS
PARTIAL APPEAL FEE IN 00-CV-1957


                         bn
```