CV-00-1957

```
Tue Aug 10 10:23:21 2004

UNITED STATES DISTRICT COURT

SCRANTON      , PA

Receipt No.   111 141509
Cashier         jill

Check Number: 69629535

D0 Code    Div No
 4667        1

Sub Acct Type Tender      Amount
0:0869PL  AR    2          25.00
1:5100PL  AR    2           5.00

Total Amount        $      30.00

US TREASURY AUSTIN, TX

PARTIAL FILING FEE FOR APPEAL IN CV
-00-1957 USCA NO. 03-4597


cn
```

FILED
HARRISBURG, PA

AUG 1 0 2004

MARY E. D'ANDREA, CLERK
Per _____