Thu Sep  9 10:54:20 2004

UNITED STATES DISTRICT COURT

SCRANTON       , PA

Receipt No.   111 141683
Cashier       pamela

Tender Type  CHECK

Check Number: 18890383

Transaction Type   AR

| DØ Code | Div No | Acct   |
|---------|--------|--------|
| 4667    | 1      | 0869PL |

Amount           $     1.35

US TREASURY AUSTIN TEXAS RE MANUEL RAMOS

PARTIAL APPEAL FEE IN 00-CV-1957

bn

FILED
HARRISBURG, PA

SEP 0 9 2004

MARY E. D'ANDREA, CLERK
Per _____
          Deputy Clerk