00-1957

**NOTICE TO CHECK RECIPIENT**   TREASURY-FINANCIAL MANAGEMENT SERVICE TFS FORM 3090(Rev.)

| | |
|---|---|
| VENDOR NAME: | CLERK US DISTRICT COURT |
| VENDOR I.D. NUMBER: | 137563053 |
| AGENCY NAME AND BILLING ADDRESS: | DEPT OF JUSTICE<br>BUREAU OF PRISONS<br>600 E ST NW ROOM 4029<br>WASH DC 20530<br>5106M082PLRA - Payment<br>37563053, RAMOS, MANUEL<br>CIVIL NO. 03-4567 |
| U.S. TREASURY REG. FINANCIAL CENTER: | AUSTIN, TEXAS |
| CHECK NUMBER: | 2221-19863380 |
| CHECK AMOUNT: | $*****48.00 |
| CHECK DATE: | 11-09-04 |
| AGENCY SCHEDULE NUMBER: | 0005S01108 |
| AGENCY TELEPHONE NUMBER: | 202-307-3052 |

FOR INFO CALL 202-307-3052

PLEASE DIRECT ANY INQUIRIES CONCERNING THIS PAYMENT TO THE AGENCY AT THE ADDRESS (OR PHONE NUMBER) INDICATED ABOVE

*Handwritten:* CV-00-1957   M03-4597   345991   5100PL

**FILED**
HARRISBURG, PA

NOV 17 2004

MARY E. D'ANDREA, CLERK
_____
Deputy Clerk

Wed Nov 17 11:10:15 2004

UNITED STATES DISTRICT COURT

SCRANTON   , PA

Receipt No.   111 142168
Cashier       jill

Tender Type   CHECK

Check Number: 19863380

Transaction Type   AR

| D0 Code | Div No | Acct |
|---|---|---|
| 4667 | 1 | 5100PL |

Amount        $    48.00

AUSTIN TX

E NOTICE OF APPEAL

cn