1: 00-cv-1957

**FILED**
HARRISBURG, PA

JAN 1 9 2005

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Wed Jan 19 09:39:56 2005

UNITED STATES DISTRICT COURT

SCRANTON    , PA

Receipt No.    111 142548
Cashier        camille

Tender Type  CHECK

Check Number  20504821

Transaction Type  AR

CD Code    Div No    Qty
4667        1        5100BL

Amount          $  30.00

UNITED STATES TREASURY AUSTIN, TX