*CV-00-1957*

```
Tue Feb 15 10:12:30 2005

    UNITED STATES DISTRICT COURT

    SCRANTON      , PA

Receipt No.   111 142736
Cashier       jill

Tender Type  CHECK

Check Number: 71958236

Transaction Type   AR

DA Code    Div No      Acct
 4667        1        5100PL

Amount            $    44.00

US TREASURY AUSTIN, TX

    PARTIL FILING FEE FOR NOTICE OF APP
EAL IN CV-00-1957
```

FILED
HARRISBURG, PA
FEB 15 2005
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk