*CV-00-1957*

```
Wed Mar 16 11:34:42 2005

    UNITED STATES DISTRICT COURT

     SCRANTON      , PA

Receipt No.   111 142931
Cashier          jill

Tender Type  CHECK

Check Number: 21203735

Transaction Type   AR

DO Code    Div No     Acct
 4667        1       5100PL

Amount          $     12.00

US TREASURY AUSTIN, TX

   PARTIAL FILING FEE FOR APPEAL IN CV
-00-1957



cn
```

FILED
HARRISBURG, PA
MAR 16 2005
MARY E. D'ANDREA, CLERK
Per _____