CV-00-1957

```
Fri Apr 15 12:08:45 2005

    UNITED STATES DISTRICT COURT

    SCRANTON       , PA

Receipt No.   111 143121
Cashier          jill

Tender Type  CHECK

Check Number: 72556422

Transaction Type   AR

DØ Code    Div No     Acct
 4667        1       5100PL

Amount          $      3.84

US TREASURY AUSTIN, TX

PARTIAL FILING FEE FOR APPEAL IN CV
-00-1957


cn
```

FILED
HARRISBURG, PA

APR 1 5 2005

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk