1:00 cv 1957

**FILED**
HARRISBURG, PA
MAY 10 2005
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

```
cn

Tue May 10 10:03:06 2005

UNITED STATES DISTRICT COURT

SCRANTON      , PA

Receipt No.    111 143293
Cashier        Camille

Tender Type    CHECK

Check Number:  222121730604

Transaction Type   AR

DO Code    Div No    Acct
4667         1       5100PL

Amount              $      5.81

UNITED STATES TREASURY, AUSTIN, TX

dn
```