UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 03-4597

Ramos v. Hawk-Sawyer

**O R D E R**

    Jason Jarvis, Esq. is hereby appointed as counsel for Petitioner without compensation pursuant to 28 U.S.C. 1915(e)(1).  Mr. Jarvis shall have a period of 60 days from the date of this order to review the record.   Prior to the expiration of that 60 day period, counsel shall advise the Clerk whether additional documents are necessary.  If counsel does not need additional documents, the Clerk will issue a briefing schedule immediately after the 60 day review period ends.   Counsel shall file the entry of appearance form within 14 days of the date of this order.

For the Court,

/s/ Marcia M. Waldron
Clerk

Dated: August 3, 2005
RLS/cc: MR
       JJJ
       GMT
       PTO



A True Copy:

Marcia M. Waldron, Clerk