UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 03-4597

_____

MANUEL RAMOS,
                                            Appellant

v.

KATHLEEN HAWK-SAWYER; MARGARET
HARDEN, WARDEN, FCI ALLENWOOD;
DR. MCGLORI; MAXIMO R. VELASCO;
ANTHONY BUSSANICH; PETER J. TERHAAR;
UNITED STATES OF AMERICA

_____

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
D.C. Civil No. 00-cv-01957
Magistrate Judge:  The Honorable J. Andrew Smyser

_____

Submitted Under Third Circuit LAR 34.1(a)
November 7, 2006

_____

Before: SCIRICA, Chief Judge, BARRY and ALDISERT, Circuit Judges

_____

JUDGMENT

_____

This cause came to be heard on the record from the United States District Court for

the Middle District of Pennsylvania and was submitted on November 7, 2006.

After consideration of all contentions raised by appellant, it is

ADJUDGED and ORDERED that the September 26, 2003 order of the District

Court be and hereby is affirmed.  Costs taxed against appellant.  All in accordance with

the Opinion of the Court.

ATTEST:


/s/ Marcia M. Waldron, Clerk

Dated: November 8, 2006