UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 03-4597

MANUEL RAMOS,
          Appellant

v.

KATHLEEN HAWK-SAWYER; MARGARET
HARDEN, WARDEN, FCI ALLENWOOD;
DR. MCGLORI; MAXIMO R. VELASCO;
ANTHONY BUSSANICH; PETER J. TERHAAR;
UNITED STATES OF AMERICA

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
D.C. Civil No. 00-cv-01957
Magistrate Judge: The Honorable J. Andrew Smyser

Submitted Under Third Circuit LAR 34.1(a)
November 7, 2006

Before: SCIRICA, Chief Judge, BARRY and ALDISERT, Circuit Judges

JUDGMENT

This cause came to be heard on the record from the United States District Court for the Middle District of Pennsylvania and was submitted on November 7, 2006.

After consideration of all contentions raised by appellant, it is

ADJUDGED and ORDERED that the September 26, 2003 order of the District Court be and hereby is affirmed. Costs taxed against appellant. All in accordance with the Opinion of the Court.

ATTEST:

/s/ Marcia M. Waldron, Clerk

Dated: November 8, 2006

Certified as a true copy and issued in lieu of a formal mandate on January 2, 2007

Teste: *(signature)*        A True Copy:

Clerk, United States Court of Appeals
    for the Third Circuit.

*(signature)*
Marcia M. Waldron, Clerk